WILLIAM K. HARRINGTON
United States Trustee for Region 2
U.S. Department of Justice
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Tel. (212) 510-0500
By:   Susan A. Arbeit, Esq.
      Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                      :     Case No. 19-23694 (RDD)
                                           :
THE COLLEGE OF NEW ROCHELLE,               :
                                           :
               Debtor.                     :
-----------------------------------------------------------x

## NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of The College of New Rochelle, debtor-in-possession:

1. Dr. Susan Canning
   575 Grand Street, Apt. E 906
   New York, NY 10002

2. CulinArt, Inc.
   175 Sunnyside Blvd.
   Plainview, NY 11803
   Attention: Thomas R. Eich, Chief Executive Officer
   Telephone: (516) 390-2744

3.  Industry and Local 338 Pension Fund
    c/o Associated Administrators, LLC
    911 Ridgebrook Road
    Sparks, MD 21152
    Attention: Alicia Cochran, Administrative Manager
    Telephone: (410) 683-7763

Dated: New York, New York
       October 30, 2019

>Sincerely,
>
>WILLIAM K. HARRINGTON
>UNITED STATES TRUSTEE
>
>By:   */s/ Susan A. Arbeit*
>      Susan A. Arbeit
>      Trial Attorney
>      U.S. Department of Justice
>      Office of the United States Trustee
>      U.S. Federal Office Building
>      201 Varick Street, Room 1006
>      New York, NY 10014
>      Tel. (212) 510-0500
>      Fax (212) 668-2255