The College of New Rochelle
Master Service List

| DESCRIPTION | COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Top 20 Creditor | 32 E LLC | In Care of Chestnut Holdings of NY | 5676 Riverdale Ave Suite 307 | | Bronx | NY | 10471 | lporto@chestnutholdings.com |
| Top 20 Creditor | 755 Co-op City Associates LP | Triangle Equities Management Co LLC | 30-56 Whitestone Expressway | | Whitestone | NY | 11354 | jgao@triequities.com; bgoldman@triequities.com; ehenderson@triequities.com |
| Top 20 Creditor | Admissions US, LLC | Campus Management Corp | Attn Billing | | Boca Ration | FL | 33487 | lkgopana@campusmgmt.com |
| Top 20 Creditor | ATI LLC | | 11161 Overbrook Rd | | Plainview | NY | 11803 | liza.rudneva@atitesting.com |
| Top 20 Creditor | Bedford Stuyvesant Restoration Corporation | | 2368 Fulton Street | | Brooklyn | NY | 11216 | |
| Counsel to Mercy College | Bond, Schoeneck & King, PLLC | Grayson T Walter, Stephen A Donato | One Lincoln Center, 18th Floor | | Syracuse | NY | 13202 | gwalter@bsk.com; sdonato@bsk.com |
| Pre-Petition Lenders | Carney Family Charitable Foundation | c/o Claremont Companies | Lakeshore Center | | Bridgewater | MA | 02324 | |
| Pre-Petition Lenders | Citizens Bank/DASNY | Accounts Receivable | 515 Broadway | | Albany | NY | 12207 | |
| Top 20 Creditor | Con Edison | JAF Station | PO Box 1701 | | New York | NY | 10116-1701 | |
| Vendor | Culinart | | 175 Sunnyside Blvd. | | Plainview | NY | 11803 | |
| Debtors' Counsel | Cullen and Dykman LLP | Bonnie Pollack, Matthew Roseman, Elizabeth Aboulafia, Sophia Hepheastou | 100 Quentin Roosevelt Boulevard | Suite 402 | Garden City | NY | 11530 | bpollack@CullenandDykman.com; MRoseman@Cullenanddykman.com; eaboulafia@cullenanddykman.com; shepheastou@cullenanddykman.com |
| Counsel to Carney Family Charitable Foundation | Delbello, Donnellan, Weingarten, Wise & Wiederkehr, LLP | Alfred E Donnellan, Steven R Schoenfeld | One North Lexington Ave, 11th Floor | | White Plains | NY | 10601 | aed@ddw-law.com; srs@ddw-law.com |
| Interested Party | Dormitory Authority of the State Of New York | Mike Cusack, Ricardo Salaman, Portia Lee, Kurt Schwab | 515 Broadway | | Albany | NY | 12207-2964 | mcusack@dasny.org; rsalaman@dasny.org; plee@dasny.org; kschwab@dasny.org |
| Counsel to Citizens Bank, NA | Drinker, Biddle & Reath, LLP | Michael P Pompeo | 1177 Avenue of the Americas, 41st Fl. | | New York | NY | 10036 | michael.pompeo@dbr.com |
| Top 20 Creditor | EAB Royall and Company | | 1920 E Parham Rd | | Henrico | VA | 23228 | eabhelp@eab.com |
| Counsel to Tate, Charles, Kraman, Octobre, Ramos-Kelly, Canning, Lilly, Feder, Kindred, Maxwell, Ransom, Garcia, Jacobs and Longordo | Eisner & Dictor, P.C. | Thomas J Lamadrid, Eugene G Eisner | 39 Broadway, Suite 1540 | | New York | NY | 10006 | Thomas@eisnerdictor.com; gene@eisnerdictor.com |
| Top 20 Creditor | FHEG College of New Rochelle Campus Store | Store No 518 | 3146 Solutions Center | | Chicago | IL | 60677 | awilliamson@follett.com |
| Attorneys for Creditor Immediate Credit Recovery, Inc. | Fineman Krekstein & Harris, P.C. | Richard J. Perr, Esquire | Ten Penn Center | 1801 Market Street, Suite 1100 | Philadelphia | PA | 19103 | rperr@finemanalwfirm.com |
| Attorneys for 755 Co-op City Associates, L.P. | Foley Hoag LLP | Alison D. Bauer & Jiun-Wen Teoh | 1301 Avenue of the Americas, 25th Floor | | New York | NY | 10019 | abauer@foleyhoag.com; jteoh@foleyhoag.com |
| Counsel to NRIDA | Harris Beach PLLC | Lee E Woodard, Wendy A Kinsella | 333 West Washington Street, Suite 200 | | Syracuse | NY | 13202 | lwoodard@harrisbeach.com; wkinsella@harrisbeach.com; bkemail@harrisbeach.com |
| Top 20 Creditor | Industry and Local 338 Pension and Welfare | | 911 Ridgebrook Rd | | Sparks Glencoe | MD | 21152-9451 | annd@associated-admin.com |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104 | Mimi.M.Wong@irscounsel.treas.gov |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov |
| Internal Revenue Service | Internal Revenue Service | Office of Counsel | 1600 Stewart Ave, Suite 601 | | Westbury | NY | 11590 | |
| Top 20 Creditor | Janney Montgomery Scott LLC | | 1717 Arch Street | 22nd Floor | Philadelphia | PA | 19103 | |
| Counsel to Creditors Industry and Local 338 Pension Fund, and Industry and Local 338 Welfare Fund | Kauff McGuire & Margolis LLP | Elizabeth O'Leary | 950 Third Avenue, Fourteenth Floor | | New York | NY | 10022 | oleary@kmm.com |
| Top 20 Creditor | Kaufman Borgeest & Ryan LLP | Attn Katherine Perino | 120 Broadway | | New York | NY | 10271 | kperino@kbrlaw.com |
| Counsel to Kaufman Borgeest & Ryan LLP | Kaufman Borgeest & Ryan LLP | Robert A Benjamin | 200 Summit Lake Drive, 1st Floor | | Valhalla | NY | 10595 | rbenjamin@kbrlaw.com |
| Claims and Noticing Agent | KCC | Michael J Paque | 222 N Pacific Highway, Suite 300 | | El Segundo | CA | 90245 | CNRinfo@kccllc.com |
| Pre-Petition Lenders | Key Bank | | P.O. Box 94831 | | Cleveland | OH | 44101 | |
| Counsel to Summit National Investments VII LLC | Kilpatrick Townsend & Stockton LLP | Paul Rosenblatt | 1100 Peachtree Street NE, Suite 2800 | | Atlanta | GA | 30309-4528 | prosenblatt@kilpatricktownsend.com |
| Counsel to Summit National Investments VII LLC | Kilpatrick Townsend & Stockton LLP | Todd C Meyers, David M Posner | The Grace Building | 1114 Avenue of the Americas | New York | NY | 10036-7703 | tmeyers@kilpatricktownsend.com; dposner@kilpatricktownsend.com |
| Top 20 Creditor, Vendor | Marist College | Information Technology | 3399 North Rd | | Poughkeepsie | NY | 12601 | John.Pecchia@marist.edu |
| Counsel to CulinArt, Inc. | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Gary D Bressler | 300 Delaware Avenue, Suite 770 | | Wilmington | DE | 19801 | gbressler@mdmc-law.com |
| Counsel to CulinArt, Inc. | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Nicole Leonard | 225 Liberty Street, 36th Floor | | New York | NY | 10281 | nleonard@mdmc-law.com |
| Counsel to UMB Bank | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, PC | Ian A Hammel, Eric R Blythe | One Financial Center | | Boston | MA | 02111 | ihammel@mintz.com; eblythe@mintz.com |
| Counsel to UMB Bank | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, PC | Kaitlin R Walsh | 666 Third Avenue | | New York | NY | 10017 | krwalsh@mintz.com |
| Counsel to the Dormitory Authority of the State of New York | Nixon Peabody LLP | Robert N H Christmas, Christopher J Fong | 55 West 46th Street | | New York | NY | 10036 | rchristmas@nixonpeabody.com; cfong@nixonpeabody.com |
| NJ Division of Taxation | NJ Division of Taxation | | PO Box 245 | | Trenton | NJ | 08695-0245 | |
| Counsel to KeyBank, NA | Nolan, Heller & Kauffman | Madeline Kauffman, Francis J Brennan | 80 State Street, 11th Fl. | | Albany | NY | 12207 | mkauffman@nhkllp.com; fbrennan@nhkllp.com |
| Interested Party | NRIDA | Dept of Development | 515 North Avenue | | New Rochelle | NY | 10801 | |
| NYC Department of Finance | NYC Department of Finance | Attn Legal Affairs | 345 Adams St, 3rd Floor | | Brooklyn | NY | 11201 | |
| NYS Dept. of Taxation/Finance | NYS Dept. of Taxation/Finance | Bankruptcy Special/Proc. Sec. | PO Box 5300 | | Albany | NY | 12205-0300 | |
| NYS Education Department | NYS Education Department | Aaron M Baldwin Assistant Counsel | 89 Washington Ave | | Albany | NY | 12234 | |

| DESCRIPTION | COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Office of the Attorney General | Office of the Attorney General | Not-for-Profit Section | The Capitol | | Albany | NY | 12224-0341 | |
| Assistant Attorney General of the State of New York & for the New York State Department of Taxation & Finance | Office of the New York State Attorney General | Leo V Gagion | 28 Liberty Street, 17th Floor | | New York | NY | 10005 | leo.gagion@ag.ny.gov |
| US Trustee | Office of the United States Trustee | Susan Arbeit | 201 Varick Street, Suite 1006 | U.S. Federal Office Building | New York | NY | 10004 | Susan.Arbeit@usdoj.gov |
| US Attorneys Office SDNY | Office of US Attorney SDNY | Attn Tax & Bankruptcy Unit | 86 Chambers St, Third Floor | | New York | NY | 10007 | Jeffrey.Oestericher@usdoj.gov |
| Top 20 Creditor | Paetec Communications Inc | | PO Box 9001013 | | Louisville | KY | 40290-1013 | jeffrey.vargas@windstream.com |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Office of the Chief Counsel | 1200 K Street, N.W., Suite 340 | | Washington | DC | 20005-4026 | efile@pbgc.gov |
| Secured Party | PS MArcato Elevator Co., Inc. | | 44-11 Eleventh Street | | Long Island City | N | 11101 | |
| Top 20 Creditor | REEC West 125th St LLC | c/o Real Estate Equities Corp | 18 East 48th St Penthouse | | New York | NY | 10017 | ceefran@yahoo.com |
| Top 20 Creditor | Registry for College & University Presidents | | 3 Centennial Drive | Suite 320 | Peabody | MA | 01960 | info@registryinterim.com |
| Securities and Exchange Commission Headquarters | Securities and Exchange Commission | Attn General Counsel | 100 F St NE | | Washington | DC | 20549 | SECBankruptcy-OGC-ADO@sec.gov; NYROBankruptcy@sec.gov |
| Securities and Exchange Commission NY Regional | Securities and Exchange Commission NY Regional Office | Andrew Calamari Regional Director | Brookfield Place | 200 Vesey St Ste 400 | New York | NY | 10281-1022 | bankruptcynoticeschr@sec.gov |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Sills Cummis & Gross, P.C. | Andrew H. Sherman, Esq., S. Jason Teele, Esq. & Gregory A. Kopacz, Esq. | One Riverfront Plaza | | Newark | NJ | 07102 | asherman@sillscummis.com; steele@sillscummis.com; gkopacz@sillscummis.com |
| Counsel to the Northern Conference Corporation of Seventh-Day Adventists | SilvermanAcampora LLP | Kenneth P Silverman, Brian Powers | 100 Jericho Quadrangle, Suite 300 | | Jericho | NY | 11753 | KSilverman@SilvermanAcampora.com; BPowers@SilvermanAcampora.com |
| Top 20 Creditor | Strata Information Group | | 3935 Harney Street | Ste. 203 | San Diego | CA | 92110 | accounting@sigcorp.com |
| Top 20 Creditor | Tax Collector - New Rochelle | City Hall Tax Office | 515 North Ave | | New Rochelle | NY | 10801 | moliveros@newrochelleny.com |
| Debtor | The College of New Rochelle | Michael O'Donnell, Controller | | | | | | |
| Top 20 Creditor | Transworld Systems Inc | Attn Norcross Lockbox 24886 | PO Box 5505 | | Carol Stream | IL | 60197-5505 | |
| U.S. Department of Education | U.S. Department of Education | | 400 Maryland Avenue, SW | | Washington | DC | 20202 | |
| US Department of Labor | US Department of Labor | | 200 Constitution Ave, NW | | Washington | DC | 20210 | |
| Counsel for Creditor Industry and Local 338 Pension Fund | Virginia & Ambinder, LLP | Marc A. Tenenbaum, Esq. | 40 Broad Street, 7th Floor | | New York | NY | 10004 | mtenenbaum@vandallp.com |
| Top 20 Creditor | Westchester Academic Library Directors Org. | | 118 N Bedford Rd | Suite 100 | Mount Kisco | NY | 10549-2555 | john@waldolib.org |
| Counsel to Trading Partners International, LLC | Whiteford, Taylor & Preston LLC | Stephen B Gerald | The Renaissance Centre | 405 North King Street, Suite 500 | Wilmington | DE | 19801 | sgerald@wtplaw.com |