**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re The College of New Rochelle

**Case No. 19-23694**
**Reporting Period: 11/1/19 - 11/30/19**

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | x | | |
| Schedule of Professional Fees Paid | MOR-1b | x | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | x | | |
| Balance Sheet | MOR-3 | x | | |
| Status of Postpetition Taxes | MOR-4 | x | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | x | | |
| Listing of aged accounts payable | MOR-4 | x | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual*

_12/16/2019_
Date

**Mark D. Podgainy**
Printed Name of Authorized Individual

**Interim Chief Restructuring Officer**
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

In re The College of New Rochelle,
Debtor

Case No. 19-23694
Reporting Period: 11/01/19 - 11/30/19

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM B-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CONT)]

| | TD MRE | COUNTRY OPER | KEYBANK OPER | TD P/R | KEYBANK P/R | TD REFUND | PCSB | TD FIDELCO | TRUST ACCOUNT ECA | COUNTRY GRANT | KEYBANK OTHER | RESTRICTED - CARE HELD IN CARE | TD SIGNING | CURRENT MONTH ACTUAL | PROJECTED | CUMULATIVE FILING TO DATE ACTUAL | PROJECTED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH BEGINNING OF MONTH 11-1-19** | $207,794.94 | $0.00 | $10,431.64 | $14,848.77 | $0.00 | $1,151,741.58 | $19,630.31 | $977,113.81 | $46,090.01 | $28,702.21 | | $199,000.00 | $0.01 | $2,799.20 | | $3,024,561.06 | |
| **RECEIPTS** | | | | | | | | | | | | | | | | | |
| CASH SALES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | | 0.00 | |
| INTEREST RECEIVABLES | 7,254.90 | 0.00 | 0.00 | 0.00 | 0.00 | 1,882.00 | 22,895.56 | 0.00 | 0.00 | 0.00 | | 0.00 | 2,579.29 | 34,599.00 | | 202,945.05 | |
| TAX RECEIPTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 212,747.46 | | 212,747.46 | |
| RENTAL INCOME | 53,565.00 | 0.00 | 0.00 | 0.00 | 0.00 | 212,747.46 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 53,565.00 | | 148,045.00 | |
| RETURNED ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 300.00 | | 1,759.00 | |
| VENDORS COMPENSATION REFUND | 59,396.49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 99,750.65 | | 99,750.65 | |
| OTHER (ATTACH LIST) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | | 0.00 | |
| TRANSFERS (FROM REGULAR ACCOUNTS) | 9,989.49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 9,666.49 | | 607,119.30 | |
| TRANSFERS (FROM DIP GOAS) | 750,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 750,000.00 | | 1,648,362.33 | |
| TRANSFERS (FROM DIP ACCTS) | 0.00 | 0.00 | 0.00 | 173,265.18 | 0.00 | 0.00 | 0.00 | 0.00 | 412,002.20 | 0.00 | | 0.00 | 0.00 | 583,265.18 | | 973,725.13 | |
| **TOTAL RECEIPTS** | 919,915.24 | 0.00 | 0.00 | 173,265.18 | 300.00 | 214,637.46 | 22,895.56 | 0.00 | 412,002.20 | 0.00 | | 0.00 | 2,579.29 | 1,743,632.67 | | 3,201,516.28 | |
| **DISBURSEMENTS** | | | | | | | | | | | | | | | | | |
| NET PAYROLL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | (29,363.09) | | (231,000.29) | |
| PAYROLL TAXES AND DISBURSEMENTS | 0.00 | 0.00 | 0.00 | (241,662.60) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | (61,272.60) | | (140,242.28) | |
| SALES, USE & OTHER TAXES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | | (2,263.64) | |
| INVENTORY | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | | 0.00 | |
| SECURED/RENTAL LEASES | (5,058.52) | 0.00 | (562.13) | (9.20) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | (5,629.84) | | (9,654.55) | |
| INSURANCE | (46,955.91) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | (46,955.91) | | (104,916.84) | |
| ADMINISTRATIVE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | (40,060.38) | | (96,188.36) | |
| SELLING | (7,032.53) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | (7,032.53) | | (77,032.53) | |
| OTHER (ATTACH LIST) | 0.00 | 0.00 | 0.00 | 0.00 | (300.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | (300.00) | | (17,264.00) | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | | 0.00 | |
| TRANSFERS (TO DIP ACCTS) | 0.00 | 0.00 | (9,869.49) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | (9,869.49) | | (383,805.50) | |
| TRANSFERS (TO REGULAR ACCTS) | (173,265.18) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | (173,265.18) | | (750,335.99) | |
| TRANSFERS (TO ESCROW ACCOUNT A,C & D) | (419,002.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (59,472.40) | 0.00 | | 0.00 | 0.00 | (413,002.00) | | (958,002.00) | |
| TRANSFERS TO STUDENT ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | | 0.00 | |
| LOAN COSTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | | (26,529.00) | |
| PROFESSIONAL FEES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (59,472.40) | 0.00 | | 0.00 | 0.00 | (59,472.40) | | (59,472.40) | |
| U.S. TRUSTEE QUARTERLY FEES | (975.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | (975.00) | | (975.00) | |
| COURT COSTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | | 0.00 | |
| **TOTAL DISBURSEMENTS** | (651,472.66) | 0.00 | (10,431.64) | (173,265.18) | (300.00) | 0.00 | 0.00 | 0.00 | (59,472.40) | 0.00 | | 0.00 | 0.00 | (533,957.80) | | (2,713,075.41) | |
| **NET CASH FLOW** | $268,442.62 | $0.00 | $0.00 | $14,848.77 | $0.00 | $3,151,741.58 | $20,965.51 | $992,508.65 | $28,732.81 | | | $0.00 | $2,579.29 | 808,674.51 | | 380,947.28 | |
| **CASH END OF MONTH 11-30-19** | $207,235.24 | $0.00 | $0.00 | $14,848.77 | $0.00 | $3,151,741.58 | $20,965.51 | $992,508.65 | $28,732.81 | | | $199,000.00 | $0.01 | $3,600,504.67 | | $3,600,504.67 | |

THE FOLLOWING SECTION MUST BE COMPLETED

| | UNRESTRICTED | UNRESTRICTED | UNRESTRICTED | UNRESTRICTED | UNRESTRICTED | RESTRICTED | RESTRICTED | RESTRICTED | UNRESTRICTED | UNRESTRICTED | RESTRICTED | RESTRICTED |

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | $533,957.80 |
|---|---|
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | (593,734.67) |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $340,223.13 |

In re The College of New Rochelle
Debtor

Case No. 19-23694
Reporting Period: 11/30/19

## BANK RECONCILIATIONS
Continuation Sheet for MOR-1 (Page 1)
A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | | Payroll | | Refund | Perkins | Nursing |
|---|---|---|---|---|---|---|---|---|
| | TD | COUNTRY | KEYBANK | TD | KEYBANK | TD | TD | TD |
| BALANCE PER BOOKS | $587,239.54 | $0.00 | $0.00 | $14,848.77 | $0.00 | $1,151,741.58 | $940,109.11 | $56,145.33 |
| | | | | | | | | |
| BANK BALANCE | 592,691.67 | 0.00 | 0.00 | 14,848.77 | 0.00 | 1,151,741.58 | 940,109.11 | 56,145.33 |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | -5,452.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER (ATTACH EXPLANATION) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ADJUSTED BANK BALANCE * | 587,239.54 | 0.00 | 0.00 | 14,848.77 | 0.00 | 1,151,741.58 | 940,109.11 | 56,145.33 |
| * Adjusted bank balance must equal | | | | | | | | |
| balance per books | | | | | | | | |
| | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| U.S. Trustee | 8027 | -975.00 | | | | | | |
| Cubex Group Corp | 8028 | -4,477.13 | | | | | | |
| | | | | | | | | |
| OTHER | | | | | | | | |

FORM MOR-1a
(04/07)

In re The College of New Rochelle
Debtor

## BANK RECONCILIATIONS
### Continuation Sheet for MOR-1 (Page 2)
A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Other PCSB | KEYBANK | Grant COUNTRY | Restricted Held @ C&D | Restricted Held @ C&D |
|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | $234,187.82 | $0.01 | $28,702.91 | $446,529.60 | $150,000.00 |
| | | | | | |
| BANK BALANCE | 234,187.82 | 0.01 | 28,702.91 | 446,529.60 | 150,000.00 |
| | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER (ATTACH EXPLANATION) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ADJUSTED BANK BALANCE * | 234,187.82 | 0.01 | 28,702.91 | 446,529.60 | 150,000.00 |
| * Adjusted bank balance must equal | | | | | |
| balance per books | | | | | |
| | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Amount | Date | Date |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Amount | Ck. # | Ck. # |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **OTHER** | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

In re The College of New Rochelle
Debtor

Case No. 19-23694
Reporting Period: 11/1/19 - 11/30/19

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Cullen & Dykman | Sep-19 | $59,470.40 | The College of New Rochelle | | 11/25/2019 | $59,470.40 | $0.00 | $59,470.40 | $0.00 |
| Getzler Henrich & Associates LLC | Sep-19 | $39,338.37 | The College of New Rochelle | | 11/4/2019 | $39,054.00 | $284.37 | $39,054.00 | $284.37 |
| Getzler Henrich & Associates LLC | Oct-19 | $133,349.10 | The College of New Rochelle | | 11/19/2019 | $84,483.03 | $1,178.60 | $84,483.03 | $1,178.60 |

FORM MOR-1b
(04/07)

In re The College of New Rochelle                                     Case No.19-23694
              Debtor                                     Reporting Period.: 11/1/19 - 11/30/19

## STATEMENT OF OPERATIONS
### (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues (Rental Income) | $105,184.54 | $308,497.57 |
| Less: Student Adjustments | (232.00) | (115,551.00) |
| Insurance Refund | 99,357.12 | 99,357.12 |
| Interest and Dividend Income (Loss) | 108,333.48 | 129,824.48 |
| Net Revenue (Loss) | 312,643.14 | 422,128.17 |
| **OPERATING EXPENSES** | | |
| Salaries and Wages | ($173,869.31) | ($466,530.31) |
| Employee Benefits Programs | ($6,724.35) | ($19,902.35) |
| Contracted Services | ($95,592.01) | ($233,697.92) |
| Insurance | ($26,739.80) | ($110,171.77) |
| Office Expense | ($9,933.20) | ($20,721.67) |
| Utilities | ($1,474.71) | ($2,123.71) |
| Repairs, Maintenance and Supplies | ($5,055.51) | ($6,188.51) |
| Bank and Investment Management Fees | ($1,766.79) | ($16,097.89) |
| Other (attach schedule) | $0.00 | $0.00 |
| Total Operating Expenses Before Depreciation | ($321,155.68) | ($875,434.13) |
| Depreciation/Depletion/Amortization | ($142,862.09) | ($341,235.78) |
| Net Profit (Loss) Before Other Income & Expenses | ($151,374.63) | ($794,541.74) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | $0.00 | $0.00 |
| Bad Debt (Expense) Recovery | 219,152.21 | 286,366.55 |
| Interest Expense | ($6,750.98) | ($11,028.98) |
| FASB Liability Adjustment Annuity | ($170,383.23) | ($170,383.23) |
| Other Expense (attach schedule) | $0.00 | $0.00 |
| Net Profit (Loss) Before Reorganization Items | ($109,356.63) | ($689,587.40) |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | ($248,653.74) | ($1,013,292.40) |
| U. S. Trustee Quarterly Fees | $0.00 | ($975.00) |
| Loan Costs | ($30,000.00) | ($173,497.99) |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | $0.00 | $0.00 |
| Gain (Loss) from Sale of Equipment | $0.00 | $0.00 |
| Other Reorganization Expenses (attach schedule) | $0.00 | $0.00 |
| Total Reorganization Expenses | ($278,653.74) | ($1,187,765.39) |
| Income Taxes | $0.00 | $0.00 |
| Net Profit (Loss) | ($388,010.37) | ($1,877,352.79) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re The College of New Rochelle                    Case No. 19-23694
                         Debtor                      Reporting Period: 11/1/19 - 11/30/19

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| **Other Costs** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

In re The College of New Rochelle
                                    Debtor

Case No. 19-23694
Reporting Period: 11/30/19

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | $2,434,547.32 | $1,901,221.39 |
| Restricted Cash and Cash equivalents | 1,174,957.35 | 1,117,340.49 |
| Government Accounts Receivable (Net) | 350,000.00 | 359,584.75 |
| Student Receivables (Net) | 100,000.00 | 255,147.70 |
| Investments Restricted | 3,825,375.40 | 3,715,531.16 |
| Prepaid Expenses and Deposits | 1,235,020.69 | 994,314.85 |
| Professional Retainers | 240,000.00 | 395,000.00 |
| Other Current Assets (attach schedule) | 475,000.00 | 475,000.00 |
| *TOTAL CURRENT ASSETS* | $9,834,900.76 | $9,213,140.34 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | 97,054,514.08 | 97,054,514.08 |
| Machinery and Equipment | 4,366,684.83 | 4,366,684.83 |
| Library Books | 198,255.00 | 198,255.00 |
| Less Accumulated Depreciation | (46,063,276.71) | (45,722,040.84) |
| *TOTAL PROPERTY & EQUIPMENT* | $55,556,177.20 | 55,897,413.07 |
| **OTHER ASSETS** | | |
| Long Term Loans (Perkins and Nursing Program) | 3,688,999.48 | 3,773,868.61 |
| Other Assets (attach schedule) | 367,770.97 | 358,057.15 |
| *TOTAL OTHER ASSETS* | 4,056,770.45 | 4,131,925.76 |
| **TOTAL ASSETS** | $69,447,848.41 | $69,242,479.17 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| ***LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)*** | | |
| Accounts Payable | $43,880.78 | $0.00 |
| Accrued Expenses | 886,633.02 | 0.00 |
| Taxes Payable (refer to FORM MOR-4) | 0.00 | 0.00 |
| DIP Loan | 1,250,000.00 | 0.00 |
| Deferred Revenue | 1,099,100.00 | 1,252,500.00 |
| Other Postpetition Liabilities (attach schedule) | 0.00 | 0.00 |
| *TOTAL POSTPETITION LIABILITIES* | $3,279,613.80 | $1,252,500.00 |
| ***LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)*** | | |
| Secured Debt | 65,484,200.35 | 65,315,233.89 |
| Priority Debt | 3,072,865.12 | 3,159,148.53 |
| Unsecured Debt | 13,867,072.05 | 13,894,146.87 |
| *TOTAL PRE-PETITION LIABILITIES* | $82,424,137.52 | $82,368,529.29 |
| *TOTAL LIABILITIES* | $85,703,751.32 | $83,621,029.29 |
| **NET (DEFICIT) ASSETS** | | |
| Net (Deficit) Assets Pre-Petition | -14,378,550.12 | -14,378,550.12 |
| Net (Deficit) Assets Post-Petition | -1,877,352.79 | 0.00 |
| *NET (DEFICIT) ASSETS* | -16,255,902.91 | -14,378,550.12 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 69,447,848.41 | 69,242,479.17 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re The College of New Rochelle
    Debtor_____

Case No. 19-23694
Reporting Period: 11/30/19

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| Receivable - NRIDA (Rebate Liability) | 475,000.00 | 475,000.00 |
| | | |
| | | |
| | | |
| | | |
| Total Other Current Assets | 475,000.00 | 475,000.00 |
| Other Assets | | |
| Beneficial Interest in Perpetual Trust | 364,574.85 | 354,881.63 |
| Deposits with Bond Trustee | 3,196.12 | 3,175.52 |
| | | |
| | | |
| | | |
| Total Other Assets | 367,770.97 | 358,057.15 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re The College of New Rochelle
    Debtor

Case No. 19-23694
Reporting Period: 11/30/19

## STATUS OF POSTPETITION TAXES[1]

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
|   Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
|   Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

[1] *The Debtor uses Paychex as its payroll processor; amounts remitted to Paychex for bi-weekly payroll include taxes to be paid to taxing authorities; Paychex then remits taxes to the taxing authorities on the Debtor's behalf. The Debtor is current with all payroll and withholding taxes.*

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | $43,880.78 | $0.00 | $0.00 | $0.00 | $0.00 | $43,880.78 |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | $43,880.78 | $0.00 | $0.00 | $0.00 | $0.00 | $43,880.78 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re The College of New Rochelle                                      Case No. 19-23694
                        Debtor                                         Reporting Period: 11/30/19

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Student Receivables Reconciliation | Amount | |
|---|---|---|
| Total Student Receivables at the beginning of the reporting period (11-1-19) | $6,298,073.39 | |
| + Amounts billed during the period | 0.00 | |
| - Amounts collected during the period | -9,024.90 | |
| Adjustments on Student accounts during the period | -35,232.96 | |
| Total Student Receivables at the end of the reporting period (11-30-19) | $6,253,815.53 | |

| Student Receivables Aging | Amount | |
|---|---|---|
| 0 - 30 days old | $0.00 | |
| 31 - 60 days old | 0.00 | |
| 61 - 90 days old | 0.00 | |
| 91+ days old | 6,253,815.53 | |
| Total Student Receivables | 6,253,815.53 | |
| Amount considered uncollectible (Bad Debt) | -6,153,815.53 | |
| Student Receivables (Net) | $100,000.00 | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | NO |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | YES[1] | |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | YES | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | YES | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | NO |

[1] *Funds were distributed from an IOLA account held by Cullen & Dykman for the purpose of paying professionals during the pendency of the bankruptcy case in accordance with Court approved procedures.*

 **Bank**
America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

THE COLLEGE OF NEW ROCHELLE
DIP CASE 19-23694 SDNY
29 CASTLE PL
NEW ROCHELLE NY  10805

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Nov 01 2019-Nov 30 2019 |
| Cust Ref #: | 4335496504-039-E-### |
| Primary Account #: | 6504 |

## Chapter 11 Checking

THE COLLEGE OF NEW ROCHELLE
DIP CASE 19-23694 SDNY

Account #    6504

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 350,623.86 | Average Collected Balance | 525,520.46 |
| Deposits | 113,407.24 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 64,008.00 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 750,000.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |
| Checks Paid | 52,633.93 | | |
| Electronic Payments | 173,440.53 | | |
| Other Withdrawals | 459,272.97 | | |
| Ending Balance | 592,691.67 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11/12 | RDC COMMERCIAL, SER # | 1 | 2,100.34 |
| 11/13 | RDC COMMERCIAL, SER # | 1 | 50.00 |
| 11/18 | RDC COMMERCIAL, SER # | 1 | 99,765.85 |
| 11/19 | RDC COMMERCIAL, SER # | 1 | 490.71 |
| 11/20 | DEPOSIT | | 9,869.49 |
| 11/25 | RDC COMMERCIAL, SER # | 1 | 85.00 |
| 11/26 | RDC COMMERCIAL, SER # | 1 | 1,045.85 |
| | | Subtotal: | 113,407.24 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | CTX DEPOSIT, MERCY COLLEGE INVOICE 20268252 | 28,965.00 |
| 11/04 | CCD DEPOSIT, MERCHANT BANKCD DEPOSIT 911163040882 | 7,500.00 |
| 11/14 | CCD DEPOSIT, MERCHANT BANKCD DEPOSIT 911163040882 | 232.00 |
| 11/25 | CCD DEPOSIT, MERCHANT BANKCD DEPOSIT 911163040882 | 3,211.00 |
| 11/27 | CTX DEPOSIT, MERCY COLLEGE INVOICE 20268252 | 24,100.00 |
| | Subtotal: | 64,008.00 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | WIRE TRANSFER INCOMING, SUMMIT INVESTMENT MANAGEMENT LLC | 500,000.00 |
| 11/22 | WIRE TRANSFER INCOMING, SUMMITBRIDGE NATIONAL INVESTMENTS V | 250,000.00 |
| | Subtotal: | 750,000.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| ① Ending Balance | 592,691.67 |
| ② Total Deposits + | |
| ③ Sub Total | |
| ④ Total Withdrawals - | |
| ⑤ Adjusted Balance | |

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** ② | | |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** ④ | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

THE COLLEGE OF NEW ROCHELLE
DIP CASE 19-23694 SDNY

| | |
|---|---|
| Page: | 3 of 4 |
| Statement Period: | Nov 01 2019-Nov 30 2019 |
| Cust Ref #: | 4335496504-039-E-### |
| Primary Account #: | 6504 |

## DAILY ACCOUNT ACTIVITY

### Checks Paid    No. Checks: 18    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 11/01 | 8009 | 328.92 | 11/22 | 8018 | 4,287.54 |
| 11/13 | 8010 | 2,500.00 | 11/19 | 8019 | 7,032.63 |
| 11/22 | 8011 | 5,043.82 | 11/18 | 8020 | 2,250.00 |
| 11/12 | 8012 | 5,287.50 | 11/25 | 8021 | 3,708.00 |
| 11/25 | 8013 | 1,007.50 | 11/26 | 8022 | 2,500.00 |
| 11/08 | 8014 | 6,186.99 | 11/26 | 8023 | 526.46 |
| 11/13 | 8015 | 3,056.25 | 11/26 | 8024 | 3,762.49 |
| 11/14 | 8016 | 2,520.00 | 11/29 | 8025 | 71.52 |
| 11/26 | 8017 | 44.31 | 11/27 | 8026 | 2,520.00 |
| | | | | Subtotal: | 52,633.93 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/04 | CCD DEBIT, MERCHANT BANKCD DEPOSIT 911163040882 | 155.35 |
| 11/05 | eTransfer Debit, Online Xfer<br>Transfer to CK 4335496588 | 89,663.71 |
| 11/21 | eTransfer Debit, Online Xfer<br>Transfer to CK 4335496588 | 83,621.47 |
| | Subtotal: | 173,440.53 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/06 | WIRE TRANSFER OUTGOING, Cullen and Dykman LLP | 410,000.00 |
| 11/15 | SERVICE CHARGE, ANALYSIS FEES | 1,204.64 |
| 11/22 | WIRE TRANSFER OUTGOING, Marist College | 48,068.33 |
| | Subtotal: | 459,272.97 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 350,623.86 | 11/18 | 466,083.69 |
| 11/01 | 879,259.94 | 11/19 | 459,541.77 |
| 11/04 | 886,604.59 | 11/20 | 469,411.26 |
| 11/05 | 796,940.88 | 11/21 | 385,789.79 |
| 11/06 | 386,940.88 | 11/22 | 578,390.10 |
| 11/08 | 380,753.89 | 11/25 | 576,970.60 |
| 11/12 | 377,566.73 | 11/26 | 571,183.19 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

THE COLLEGE OF NEW ROCHELLE
DIP CASE 19-23694 SDNY

| | |
|---|---|
| Page: | 4 of 4 |
| Statement Period: | Nov 01 2019-Nov 30 2019 |
| Cust Ref #: | 4335496504-039-E-### |
| Primary Account #: | 6504 |

---

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/13 | 372,060.48 | 11/27 | 592,763.19 |
| 11/14 | 369,772.48 | 11/29 | 592,691.67 |
| 11/15 | 368,567.84 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
**November 30, 2019**
**page 1 of 2**



8110  1 AB 0.412  T24 P2  AUTO  T  441 00000 R EM T1  155187335                    7628

THE COLLEGE OF NEW ROCHELLE
29 CASTLE PL STE 1
NEW ROCHELLE NY  10805-2339

*Questions or comments?*
*Call 1-800-821-2829*

Commercial Transaction        7628
THE COLLEGE OF NEW ROCHELLE

| | |
|---|---|
| Beginning balance 10-31-19 | $10,431.64 |
| 2 Subtractions | -9,869.49 |
| Net fees and charges | -562.15 |
| **Ending balance 11-30-19** | **$0.00** |

## Subtractions

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 11-18 | | Withdrawal Branch 0819 Connecticut | $9,869.49 |
| | 11-19 | | Close Account | 0.00 |
| | | | **Total subtractions** | **$9,869.49** |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---|
| 11-8-19 | Oct Analysis Service Chg | 1 | 562.15 | -$562.15 |
| | **Fees and charges assessed this period** | | | **-$562.15** |

*See your Account Analysis statement for details.*

page 2 of 2

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

* KeyBank
Customer Disputes
NY-31-17-0128
17 Corporate Woods Blvd
Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** if you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

❶ Verify and check off in your check register each deposit, check or other transaction shown on this statement.

❷ Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

❸ Enter into your check register and ADD:
- Deposits or other credits shown on our statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL → | $ |

| ❻ Enter ending balance shown on your statement. |
|---|
| $ |

| ❼ Add 5 and 6 and enter total here. |
|---|
| $ |

| ❽ Enter total from 4. |
|---|
| $ |

| ❾ Subtract 8 from 7 and enter difference here. |
|---|
| $ |

This amount should agree with your check register balance.

| TOTAL → | $ |
|---|---|

7900607628 - 03290

 **Bank**

America's Most Convenient Bank®                    E    STATEMENT OF ACCOUNT

THE COLLEGE OF NEW ROCHELLE
DIP CASE 19-23694 SDNY
29 CASTLE PL
NEW ROCHELLE NY  10805

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Nov 01 2019-Nov 30 2019 |
| Cust Ref #: | 4335496588-039-E-### |
| Primary Account #: | l6588 |

## Chapter 11 Checking

THE COLLEGE OF NEW ROCHELLE
DIP CASE 19-23694 SDNY

Account #        l6588

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 14,848.77 | Average Collected Balance | 20,826.35 |
| Electronic Deposits | 173,285.18 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 1,174.00 | Annual Percentage Yield Earned | 0.00% |
| Other Withdrawals | 172,111.18 | Days in Period | 30 |
| Ending Balance | 14,848.77 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/05 | eTransfer Credit, Online Xfer<br>Transfer from CK 4335496504 | 89,663.71 |
| 11/21 | eTransfer Credit, Online Xfer<br>Transfer from CK 4335496504 | 83,621.47 |
| | Subtotal: | 173,285.18 |



**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/07 | CCD DEBIT, PAYCHEX CGS GARNISH COL0088577508 | 587.00 |
| 11/21 | CCD DEBIT, PAYCHEX CGS GARNISH COL0088858168 | 587.00 |
| | Subtotal: | 1,174.00 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/07 | WIRE TRANSFER OUTGOING, PAYCHEX OF NEW YORK LLC | 89,076.71 |
| 11/21 | WIRE TRANSFER OUTGOING, PAYCHEX OF NEW YORK LLC | 83,034.47 |
| | Subtotal: | 172,111.18 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 14,848.77 | 11/07 | 14,848.77 |
| 11/05 | 104,512.48 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance          14,848.77

② Total Deposits    +

③ Sub Total

④ Total Withdrawals    -

⑤ Adjusted Balance

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need Information about an electronic fund transfer or if you believe there Is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


**Bank**

America's Most Convenient Bank®

E        STATEMENT OF ACCOUNT

THE COLLEGE OF NEW ROCHELLE
DIP CASE 19-23694 SDNY
29 CASTLE PLACE
NEW ROCHELLE NY  10805

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Nov 01 2019-Nov 30 2019 |
| Cust Ref #: | 4335496570-039-E-### |
| Primary Account #: | 6570 |

## Chapter 11 Checking

THE COLLEGE OF NEW ROCHELLE
DIP CASE 19-23694 SDNY

Account #     6570

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,151,741.58 | Average Collected Balance | 1,151,731.58 |
| Other Credits | 300.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 300.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 1,151,741.58 | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/19 | RETURNED ITEM | 300.00 |
| | Subtotal: | 300.00 |

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | |
|---|---|---|---|
| 11/18 | 15482 | 300.00 | |
| | | Subtotal: | 300.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 1,151,741.58 | 11/19 | 1,151,741.58 |
| 11/18 | 1,151,441.58 | | |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| ① Ending Balance | 1,151,741.58 |
| ② Total Deposits + | |
| ③ Sub Total | |
| ④ Total Withdrawals - | |
| ⑤ Adjusted Balance | |

| ③ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** ② | | |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** ④ | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days In Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**America's Most Convenient Bank®**

E    STATEMENT OF ACCOUNT

THE COLLEGE OF NEW ROCHELLE
DIP CASE 19-23694 SDNY
29 CASTLE PL
NEW ROCHELLE NY 10805

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Nov 01 2019-Nov 30 2019 |
| Cust Ref #: | 4338568764-039-E-*** |
| Primary Account #: | 68764 |

## Chapter 11 Checking

THE COLLEGE OF NEW ROCHELLE
DIP CASE 19-23694 SDNY

Account #    68764

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 917,113.61 | Average Collected Balance | 929,305.75 |
| Electronic Deposits | 22,995.50 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 940,109.11 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | CCD DEPOSIT, ECSI CASH DISB 910114013 | 3,295.34 |
| 11/12 | CCD DEPOSIT, ECSI CASH DISB 910114013 | 6,983.75 |
| 11/18 | CCD DEPOSIT, ECSI CASH DISB 910114013 | 8,273.49 |
| 11/25 | CCD DEPOSIT, ECSI CASH DISB 910114013 | 4,442.92 |
| | Subtotal: | 22,995.50 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 917,113.61 | 11/18 | 935,666.19 |
| 11/01 | 920,408.95 | 11/25 | 940,109.11 |
| 11/12 | 927,392.70 | | |

# How to Balance your Account

Page:        2 of 2

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance        940,109.11

② Total Deposits        +

③ Sub Total

④ Total Withdrawals

⑤ Adjusted Balance

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Deposits** |  | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Withdrawals** |  | ④ |

**FOR CONSUMER ACCOUNTS ONLY --- IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY --- BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

 **Bank**

America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

THE COLLEGE OF NEW ROCHELLE
DIP CASE 19-23694 SDNY
FIPSE
29 CASTLE PL
NEW ROCHELLE NY  10805

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Nov 01 2019-Nov 30 2019 |
| Cust Ref #: | 4333869232-039-E-*** |
| Primary Account #: | 9232 |

## Chapter 11 Checking

THE COLLEGE OF NEW ROCHELLE
DIP CASE 19-23694 SDNY

Account #        9232

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 53,566.04 | Average Collected Balance | 54,860.65 |
| Electronic Deposits | 2,579.29 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 56,145.33 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | CCD DEPOSIT, ECSI CASH DISB 910114025 | 275.75 |
| 11/12 | CCD DEPOSIT, ECSI CASH DISB 910114025 | 220.00 |
| 11/18 | CCD DEPOSIT, ECSI CASH DISB 910114025 | 1,983.54 |
| 11/25 | CCD DEPOSIT, ECSI CASH DISB 910114025 | 100.00 |
| | Subtotal: | 2,579.29 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 53,566.04 | 11/18 | 56,045.33 |
| 11/01 | 53,841.79 | 11/25 | 56,145.33 |
| 11/12 | 54,061.79 | | |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| ① Ending Balance | 56,145.33 |
| ② Total Deposits + | |
| ③ Sub Total | |
| ④ Total Withdrawals - | |
| ⑤ Adjusted Balance | |

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# PCSBbank

*Statement Ending 11/29/2019*

*Page 1 of 4*

P.O. Box 712, Yorktown Heights, NY 10598

ADDRESS SERVICE REQUESTED

>006510 3626882 0001 092292 10Z

THE COLLEGE OF NEW ROCHELLE
DEBTOR IN POSSESSION
CASE #19-23694 NY
29 CASTLE PL
NEW ROCHELLE NY 10805-2330

## Managing Your Accounts

| | | |
|---|---|---|
| ⓘ | Branch Name | Silver Lake |
| ☎ | Phone Number | 914-948-3434 |
| ✉ | Mailing Address | PO Box 712 Yorktown Heights, NY 10598-0712 |
| ☏ | Tele-Banking | 877-450-7272 |
| 🖥 | Online Access | PCSB.COM |

## Summary of Accounts



APPLY FOR YOUR PCSB DEBIT CARD TODAY!

A convenient way to manage and access funds from your PCSB checking and other related accounts. A PCSB checking account is required and some restrictions may apply.

### VISIT OR CALL YOUR LOCAL BRANCH FOR DETAILS

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | XXXXXX4081 | $234,187.82 |

## BUSINESS CHECKING-XXXXXX4081

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 11/01/2019 | Beginning Balance | $19,630.36 |
| | 4 Credit(s) This Period | $214,557.46 |
| | 0 Debit(s) This Period | $0.00 |
| 11/29/2019 | Ending Balance | $234,187.82 |

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/01/2019 | Beginning Balance | | | $19,630.36 |
| 11/05/2019 | NYS OSC ACH AP00045361851 | | $47,187.14 | $66,817.50 |
| 11/18/2019 | MERCHANT SVCS MERCH DEP | | $1,810.00 | $68,627.50 |
| 11/19/2019 | NYS OSC ACH AP00045408662 | | $110,389.16 | $179,016.66 |
| 11/27/2019 | NYS OSC ACH AP00046055652 | | $55,171.16 | $234,187.82 |
| 11/29/2019 | Ending Balance | | | $234,187.82 |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 11/05/2019 | $66,817.50 | 11/19/2019 | $179,016.66 |
| 11/18/2019 | $68,627.50 | 11/27/2019 | $234,187.82 |



Member FDIC
EQUAL HOUSING LENDER

# RECONCILIATION OF ACCOUNT

LIST AND TOTAL YOUR OUTSTANDING CHECKS

| Check Number | Amount | |
|---|---|---|
| | | CLOSING BALANCE SHOWN ON STATEMENT ➔ 1 _____ |
| | | DEPOSITS AND CREDITS NOT SHOWN ON STATEMENT |

DATE                              AMOUNT

TOTAL                          2

ADD 1 AND 2 TOGETHER ➔ 3

TOTAL OUTSTANDING CHECKS ➔ 4

PRESENT BALANCE - SUBTRACT 4 FROM 3 ➔ 5

BALANCE IN YOUR CHECKBOOK ➔ 6

INTEREST EARNED IF SHOWN ON STATEMENT ➔ 7

ADD 6 AND 7 TOGETHER ➔ 8

SERVICE CHARGE AND MISCELLANEOUS DEBITS
(NOT ENTERED IN YOUR CHECKBOOK)

**TOTAL OUTSTANDING CHECKS** ➔

TOTAL OF DEBITS ➔ 9

ADJUSTED CHECKBOOK BALANCE - SUBTRACT 9 FROM 8 · · · · · · · · · · · 10

(THE PRESENT BALANCE 5 AND YOUR ADJUSTED CHECKBOOK BALANCE 10 SHOULD EQUAL)

## IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at (845) 279-4576 or write us at: PCSB Bank, ATTN: Online Banking Administrator
2477 Route 6, P.O. Box 417, Brewster, NY 10509-0417

*If you think your Account statement is wrong or if you need more information about a transaction listed on the statement, we must hear from you no later than*

*sixty (60) days and Consumer accounts and (30) days for Commercial accounts after we sent the FIRST statement on which the problem or error appeared. You must*

    ▫    *Tell us your name and Account number(s)*

    ▫    *Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information*

    ▫    *Tell us the dollar amount of the suspected error*

*If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) Business Days.*

*Once we receive your complaint or question along with the information we require, we will conduct an investigation and take the following actions:*

*i)    Deposit Accounts and you use Online Banking for personal or household purposes. We will tell you the results of our investigation within ten (10) Business Days*

*after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account) to*

*investigate your complaint or question. If we decide to do this, we will credit your deposit Account within ten (10) (twenty (20) for a new Account) Business Days for the*

*amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question*

*in writing and we do not receive it within ten (10) Business Days, we may not credit your deposit Account.  Your Account is considered a new account for the first 30 days after*

*the first deposit is made, unless you already have an established account with us before this Account is opened.*

*We will tell you the results within three (3) Business Days after completing our investigation.  If we decide that there was no error, we will send you a written explanation.*
*You may ask for copies of the documents that were used in our investigation.*

*ii)    Deposit Accounts of Commercial Users. We will tell you the results of our investigation within ten (10) Business Days after we hear from you and will correct any*

*error promptly. However, if we need more time or if we ask you to put your complaint or question in writing and we do not receive it within ten (10) Business Days, we may take*

*up to 45 days (90 days if the transfer involved a new account) to investigate your complaint or question.  Your Account is considered a new account for the first 30 days after*

*the first deposit is made, unless you already have an established account with us before this Account is opened.*

*We will tell you the results within three (3) Business Days after completing our investigation.  If we decide that there was no error, we will send you a written explanation.*
*You may ask for copies of the documents that were used in our investigation.*

## OVERDRAFT FEES (PERSONAL CHECKING ACCOUNTS)

**Total Overdraft Fees** *are comprised of all fees assessed to your account when checks and/or ACH items were presented for payment  and your*
*account was overdrawn or the balance was unavailable and the checks or ACH items were paid and a fee was charged.*

**Total Return Item Fees** *are comprised of all fees assessed to your account when checks and/or ACH items were presented for payment and your*
*account was overdrawn or the balance was unavailable and the checks or ACH items were not paid and a fee was charged.*

# PCSBbank

P.O. Box 712, Yorktown Heights, NY 10598

## BUSINESS CHECKING-XXXXXX4081 (continued)

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# PCSBbank

P.O. Box 712, Yorktown Heights, NY 10598

THIS PAGE LEFT INTENTIONALLY BLANK



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
**November 30, 2019**
**page 1 of 2**



8112  1 AB 0.412  T24 P2   AUTO   T  441 00000 R EM T1  155227910

7636

THE COLLEGE OF NEW ROCHELLE
29 CASTLE PL STE 1
NEW ROCHELLE NY  10805-2339

*Questions or comments?*
*Call 1-800-821-2829*

---

| Commercial Transaction | 7636 | |
|---|---|---|
| THE COLLEGE OF NEW ROCHELLE | | |

| Beginning balance 10-31-19 | $0.01 |
|---|---|
| **Ending balance 11-30-19** | **$0.01** |

**Fees and
charges**   *See your Account Analysis statement for details.*

226489.4-8112.1*

page 2 of 2

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

* KeyBank
Customer Disputes
NY-31-17-0128
17 Corporate Woods Blvd
Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

XFER TO SAV - Transfer to Savings Account
XFER FROM SAV - Transfer from Savings Account
XFER TO CKG - Transfer to Checking Account
XFER FROM CKG - Transfer from Checking Account
PMT TO CR CARD - Payment to Credit Card
ADV CR CARD - Advance from Credit Card

Preauthorized Credits: If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93865, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

7900607636 - 03290

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

❶ Verify and check off in your check register each deposit, check or other transaction shown on this statement.

❷ Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have not already entered.
- The "Service charges", if any, shown on your statement.

❸ Enter into your check register and ADD:
- Deposits or other credits shown on our statement that you have not already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are not shown on your statement. | | ❺ List any deposits from your check register that are not shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | TOTAL ➔ $ | |

| ❻ Enter ending balance shown on your statement. |
|---|
| $ |

| ❼ Add 5 and 6 and enter total here. |
|---|
| $ |

| ❽ Enter total from 4. |
|---|
| $ |

| ❾ Subtract 8 from 7 and enter difference here. |
|---|
| $ |
| This amount should agree with your check register balance. |

| TOTAL ➔ | $ |
|---|---|



# COUNTRY BANK

655 Third Ave
New York, NY 10017

Here you are Family

CountryBankNY.com

MEMBER FDIC | EQUAL OPPORTUNITY LENDER

---

3025623

THE COLLEGE OF NEW ROCHELLE - DIP
TITLE 3 GRANT ACCOUNT
CASE NO: 19-23694
29 CASTLE PLACE
NEW ROCHELLE NY 10805

| | |
|---|---|
| Date 11/29/19 | Page    1 |
| Primary Account   Acct Ending 0978 | |
| Enclosures | |

Merry Christmas and Happy Holidays. Wishing you and yours peace and prosperity throughout the New Year.

*****CHECKING ACCOUNTS*****

Account Title: THE COLLEGE OF NEW ROCHELLE - DIP
TITLE 3 GRANT ACCOUNT

NON PROFIT CHECKING
Account Number          Acct Ending 0978
Previous Balance                28,702.91
        Deposits/Credits              .00
        Checks/Debits                 .00
Service Charge                        .00
Interest Paid                         .00
Current Balance                 28,702.91

Number of Enclosures                    0
Statement Dates  11/01/19 thru 12/01/19
Days in the statement period         31
Average Ledger                  28,702.91
Average Collected               28,702.91



| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft fees | $.00 | $.00 |
| Total Return item fees | $.00 | $.00 |

CUSTOMER SERVICE INFORMATION
Website: CountryBankNY.com        Telephone Banking 1-888-212-6868
Report lost/stolen Debit/ATM Card: 1-888-297-3416

---

MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

## HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charges(s) posted on this statement.

2. Mark (✓) your register after each check listed on front of statement.

3. Check off deposits shown on the statement against those shown in your check register.

4. Complete the form below.

5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

| NEW BALANCE | | |
|---|---|---|
| TRANSFER AMOUNT FROM OTHER SIDE | $ | |
| ADD | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| | | |
| | | |
| SUB TOTAL | $ | |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | |
| NUMBER | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB- TOTAL ABOVE    BALANCE | $ | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

## HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

## IMPORTANT INFORMATION
## COUNTRY CLOUT OVERDRAFT CHECKING PROTECTION

**PAYMENTS:** If there is a New Balance indicated on the front of the statement you must pay at least the required minimum monthly payment on or before the Statement Date. The required minimum payment is 3% of the unpaid balance (but at least $20) as of the statement date. The unpaid balance consists of loan advances, accrued interest, late charges and if applicable, credit insurance premiums. Payments will be automatically deducted on each statement date from your checking account.

**FINANCE CHARGE:** Whenever there is a loan balance outstanding on your account during a billing cycle, we will charge a FINANCE CHARGE determined by multiplying your average daily balance by the number of days in the statement period and the daily periodic rate indicated on the front of the statement. To get the average daily balance we take the beginning principal balance of your account each day, (excluding unpaid finance charges) add new advances, and subtract any payments or credits applied to this principal balance as well as any unpaid finance charges or insurance premiums. This gives us the daily balance. All daily balances are then added up for the statement period and then divided by the number of days in the statement period. This gives us the average daily balance.

**FINANCE CHARGES** for each loan will be assessed from the date the loan is advanced until the date the loan is paid.

**BILLING ERRORS:** Send written inquiries regarding your credit portion of this statement to:  Country Bank, Loan Department, 655 Third Ave., 9th Floor, New York, NY 10017.

## PERSONAL CUSTOMER LIABILITY:

In case of errors or questions about your Electronic Transfer:*

Telephone us at 212-818-9090 or WRITE us at 655 Third Ave., 9th Floor, New York, NY 10017 as soon as possible if you think your statement is wrong or if you need more information about a transfer on the statement. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

(1)  Tell us your name and account number.

(2)  Describe the error or transfer you are unsure about and explain as clearly as possible why you believe there is an error or why you need more information.

(3)  Tell us the dollar amount of the suspected error.  We will investigate your complaint and will correct the error promptly. If we take more than 10 business days to do this, and your complaint is in writing, we will credit your account with the amount you think is in error so you will have use of the money during the time it takes us to complete our investigation.

*Electronic Transfers include certain pre-authorized debits and credits to your account.

Direct Deposits

If you have direct deposits to your account that do not provide written confirmation to you (such as Social Security, Federal Retirement benefits, etc.) you may call us at 212-818-9090 to determine if the deposit has been made.

## BUSINESS CUSTOMER LIABILITY

What happens if you fail to notify us of an unauthorized transaction within the specified time frames?

In case of errors, telephone us at 212-818-9090 or write us at 655 Third Avenue, 9th floor, NY, NY 10017 or contact your local branch.  If you fail to notify us of any unauthorized transaction, error, or claim for a credit or refund within 14 days of the date your statement is first sent or made available to you, your account statement will be considered correct. We will not be responsible for any unauthorized transaction, error, or claim for transactions included in your statement if you fail to properly notify us within this time frame.