CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.

Counsel for The College of New Rochelle

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
| THE COLLEGE OF NEW ROCHELLE, | : Case No. 19-23694 (RDD) |
|  | : |
|  | : |
| Debtor. | : |
|  | : |
------------------------------------------------------------------x

## NOTICE OF HEARING TO CONSIDER FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF REAL ESTATE BROKERS

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), 300 Quarropas Street, White Plains, New York 10601, on the 11th day of March, 2020 at 10:00 a.m. (EST), or as soon thereafter as counsel can be heard, to consider the annexed final fee application (the "Broker Application") of A&G Realty Partners LLC and B6 Real Estate Advisors, LLC, the real estate brokers retained in the above-captioned chapter 11 case of The College of New Rochelle (the "Debtor").

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Broker Application must be (a) in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, (c) filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) by registered users of the Bankruptcy Court's case filing system must file electronically and all other parties in interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows' based word-processing format), (d) submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) served upon (i) the attorneys for the Debtor, Cullen and Dykman LLP, 100 Quentin Roosevelt

1

Boulevard, Garden City, New York, 11530, Attn: Matthew G. Roseman and Bonnie L. Pollack; (ii) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, New York 10014 (Attn: Susan A. Arbeit); and (iii) the attorneys for the Committee, Sills Cummis Epstein & Gross, P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew Sherman and S. Jason Teele), so as to be received no later than March 4, 2020 at 4:00 p.m. (EST).

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Broker Application may be adjourned without further notice except as announced in open court on the Hearing Date, or at any adjourned hearing.

Dated: Garden City, New York
     February 6, 2020

                CULLEN AND DYKMAN LLP


                By:  _s/ Bonnie Pollack_
                    Matthew G. Roseman, Esq.
                    Bonnie L. Pollack, Esq.
                100 Quentin Roosevelt Boulevard
                Garden City, NY  11530
                (516) 357-3700

                Counsel for The College of New Rochelle

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE COLLEGE OF NEW ROCHELLE, | : | Case No. 19-23694 (RDD) |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |

## FINAL FEE APPLICATION OF A&G REALTY PARTNERS, LLC AND B6 REAL ESTATE ADVISORS, LLC AS REAL ESTATE ADVISORS TO THE DEBTOR

| | |
|---|---|
| Name of Applicants: | A&G Realty Partners, LLC and B6 Real Estate Advisors, LLC |
| Authorized to provide professional services to: | Debtor |
| Date of Retention: | October 17, 2019 *nunc pro tunc* to September 20, 2019 |
| Period for which compensation and reimbursement is sought: | October 17, 2019 through January 31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $1,180,000.00[1] |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $   76,619.60 |

---

[1] This amount represents an agreed upon reduction of $100,000.00.

A&G Realty Partners, LLC ("A&G") and B6 Real Estate Advisors, LLC ("B6" and, together with A&G, collectively, the "Service Providers") submit this Final Fee Application in connection with professional services provided by them as real estate advisors to The College of New Rochelle ("Debtor"), and respectfully represent as follows:

1. On October 17, 2019, this Court entered an Order pursuant to sections 327(a) and 328 of title 11 of the United States Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Rule 2014-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York authorizing the Debtor's retention of the Service Providers as real estate consultants and advisors *nunc pro tunc* to September 20, 2019 [Docket No. 98] (the "Retention Order"). A copy of the Retention Order is attached as *Exhibit A.*

2. The primary purpose of the Service Providers' retention was transactional in nature, *to wit*, to assist the Debtor in selling its approximately 15.6 acre campus located in New Rochelle, New York (the "Property").

3. The specific terms and conditions of the engagement approved by this Court are set forth in the Real Estate Services Agreement annexed as Exhibit A to the Debtor's Application in support of entry of the Retention Order [Docket No. 51] (the "RESA"). As reflected in the RESA, the Debtor agreed to pay the Service Providers a commission equal to 4% of Gross Proceeds (as defined in the RESA) at closing, and to reimburse the Service Providers for their actual, reasonable, third-party expenses.

4. On November 27, 2019, this Court entered an Order approving the Debtor's sale of the Property for $32 million. [Docket No. 176]. The chronology leading up to the sale is set

forth in the Debtor's statement in further support of its motion to approve the sale. [Docket No. 168].

5. The closing on the sale of the Property took place on January 31, 2020. In accordance with the RESA, the Service Providers are entitled to receive as compensation a commission in the amount of $1,280,000.00 (which they have agreed to reduce by $100,000 as reflected in footnote 1 above) and to be reimbursed expenses in the amount of $76,619.60, for a total payment of $1,256,619.60. The support for the expenses is attached as *Exhibit B*.

WHEREFORE, the Service Providers pray for the entry of an Order: (i) authorizing the Debtor to pay them fees in the amount of $1,180,000.00 and reimbursement of expenses in the amount of $76,619.60.25, for a total sum of $1,256,619.60; and (ii) granting them such other relief as this Court may deem just and necessary under the circumstances.

Respectfully submitted,

Dated: February 6, 2020          A&G REALTY PARTNERS, LLC

By:  */s/ Emilio Amendola*

Emilio Amendola, Co-President
445 Broadhollow Road, Suite 410
Melville, New York 11747

Dated:  February 6, 2020         B6 REAL ESTATE ADVISORS, LLC

By:  */s/ Paul Massey*

Paul Massey, Chief Executive Officer
1040 Avenue of the Americas
8th Floor
New York, New York 10018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                             :
In re:                                                       :   Chapter 11
                                                             :
THE COLLEGE OF NEW ROCHELLE,                                 :   Case No. 19-23694 (RDD)
                                                             :
                                                             :
                   Debtor.                                   :
                                                             :
-------------------------------------------------------------x

### ORDER PURSUANT TO SECTIONS 327(a) AND 328 OF THE BANKRUPTCY CODE AUTHORIZING THE RETENTION AND EMPLOYMENT OF A&G REALTY PARTNERS, LLC AND B6 REAL ESTATE ADVISORS, LLC AS REAL ESTATE CONSULTANTS AND ADVISORS FOR THE DEBTOR, *NUNC PRO TUNC* TO THE PETITION DATE

Upon the application (the "Application")[1] of the debtor and debtor in possession herein

(the "Debtor"), for entry of an order pursuant to sections 327(a) and 328 of title 11 of the United

States Bankruptcy Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy

Procedure (the Bankruptcy Rules") and Rule 2014-1 of the Local Rules for the United States

Bankruptcy Court for the Southern District of New York (the "Local Rules") authorizing the

retention of A&G Realty Partners, LLC and B6 Real Estate Advisors, LLC (together, the

"Service Providers") as the Debtor's real estate consultants and advisors to assist the Debtor in

selling the Debtor's Property, upon the terms of the Agreement annexed to the Application as

Exhibit "A"; and upon the Declarations of Andrew Graiser and Paul Massey (the

"Declarations"), annexed to the Application as Exhibit "B" and any supplemental pleadings filed

in support of the Application; and it appearing that the Court has jurisdiction to decide the

Application under 28 U.S.C. §§ 157(a)-(b) and 1334(b); and, after due and sufficient notice of

---

[1] Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to such terms in the Application.

1

the Application, there being no objections to the relief granted herein; and no additional notice

being required; and upon the record of the hearing held by the Court on the Application on

October 16, 2019; and, after due deliberation, it appearing that the Service Providers do hold or

represent an interest adverse to the Debtor or its estate, that they are disinterested under section

101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, and

that their retention is necessary and in the best interests of the Debtor's estate; and it further

appearing that the compensation terms set forth in the Agreement, as modified by this Order, are

reasonable for purposes of section 328(a) of the Bankruptcy Code; and good and sufficient cause

appearing, it is hereby

ORDERED, that the Application is GRANTED as provided herein; and it is further

ORDERED, that in accordance with sections 327(a) and 328 of the Bankruptcy Code, the

Debtor is authorized to retain the Service Providers as its real estate consultants and advisors

upon the terms of the Agreement, including the fee arrangement detailed therein which is hereby

approved, subject to the terms of this Order; and it is further

ORDERED, that given the Agreement's percentage-based fee structure and that the

Service Providers do not earn their fee until a sale(s) is approved by this Court and title passes to

a buyer, the Service Providers are excused from filing time records and interim fee applications

in accordance with United States Trustee Guidelines for the Southern District of New York and

Local Rule 2016-1; provided that the Service Providers shall file a final fee application for

review by the Court and parties in interest pursuant to section 328(a) of the Bankruptcy Code for

all of the Services and a detailed list of expenses sought to be paid, and the Service Providers

shall not be paid until such application is approved by the Court; provided, further, that such

application may be contained in the Debtor's motion(s) for approval of the sale(s) of the relevant

properties; and it is further

ORDERED, that such other services as may be requested by the Debtor and agreed to by the Service Providers shall be subject to separate approval by Court order; and it is further

ORDERED, that all requests by the Service Providers for the payment of indemnification as set forth in the Agreement shall be made by means of an application to the Court and shall be subject to review by the Court to ensure that payment of such indemnity conforms to the terms of the Agreement and is reasonable under the circumstances of the litigation or settlement in respect of which indemnity is sought; provided, that in no event shall the Service Providers be indemnified in the case of its own bad-faith, self-dealing, breach of fiduciary duty (if any), gross negligence or willful misconduct; and it is further

ORDERED, that in the event that the Service Providers seek reimbursement from the Debtor for attorneys' fees and expenses in connection with the payment of an indemnity claim pursuant to the Agreement, the invoices and supporting time records for the attorneys' fees and expenses shall be included in the Service Provider's own applications, and these invoices and time records shall be subject to the Amended  Guidelines for Professional Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases and the approval of the Bankruptcy Court pursuant to sections 330 and 331 of the Bankruptcy Code, as the case may be, without regard to whether such attorneys have been retained under Section 327 of the Bankruptcy Code, and without regard to whether such attorneys' services satisfy section 330(a)(3)(C) of the Bankruptcy Code; and it is further

ORDERED, that in the event of any disagreement between the terms of the Agreement and this Order, the terms of this Order shall govern; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising

from or related to the implementation of this Order.

Dated: White Plains, New York
        October 17, 2019

                                    /s/ Robert D. Drain
                                    ROBERT D. DRAIN
                                    UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT B**

CNR Expense Reimbursement

| | | |
|---|---|---:|
| Scan Studios | Advertisements | $ 45,405.56 |
| Scan Studios | Advertisements | $ 26,085.66 |
| Cosmos | Mailing | $ 1,890.88 |
| Cote | Data Room & Printing fees | $ 80.35 |
| Cote | Travel and Auction Catering | $ 3,157.15 |
| | | $ 76,619.60 |



**Scan Studios**
817 Broadway, 4th Floor
New York, NY 10003
(646) 237-4164
accounting@scan-studios.com

# Invoice

| BILL TO | SHIP TO | |
|---|---|---|
| A&G Realty Partners | A&G Realty Partners | **INVOICE #** 3003 |
| 445 Broadhollow Road | 445 Broadhollow Road | **DATE** 06/19/2019 |
| Suite 410 | Suite 410 | **DUE DATE** 06/19/2019 |
| Melville, NY 11747 | Melville, NY 11747 | **TERMS** Due on receipt |

| ACTIVITY | AMOUNT |
|---|---|
| Project: College of New Rochelle<br>Auction: September, 2019 | |
| Print Advertising: June 26 - July 14, 2019 + Digital (PHASE 1) | |
| -- | |
| **Advertising** | 42,237.73 |
| PRINT BUYS: | |
| - Week 1 - | |
| 6/26/19    Wall Street Journal        $3,571.21 | |
| 6/26/19    Real Estate Weekly      $1,089.90 | |
| 6/26/19    New York Times          $7,353.13 | |
| 6/28/19    Jewish Week               $864.73 | |
| 6/30/19    Journal News              $5,514.90  (Includes 12 ads) | |
| - Week 2 - | |
| 7/10/19    Wall Street Journal        $3,571.21 | |
| 7/10/19     Real Estate Weekly      $1,089.90 | |
| 7/14/19    Journal News              $0.00 | |
| | |
| DIGITAL BUYS: | |
| Lohud.com                          Website Banner *** Incl. w/ Print Buy ***    $0.00 | |
| GlobeSt.com                      E-Newsletter Banner                          $4,353.06 | |
| BisNow.com                       E-Newsletter Banner                          $1,882.40 | |
| TheRealDeal.com              Website Banner                                $3,970.69 | |
| ASUMag.com                    E-Newsletter Banner & Website Banners    $2,470.65 | |
| University Business Daily    E-Newsletter Banner                          $2,064.75 | |
| SeniorHousingBusiness.com    E-Newsletter                             $941.20 | |
| Social Media Campaign      Targeted Ads                                  $3,500.00 | |
| | |
| -- | |
| **Production** | 3,167.83 |

| | BALANCE DUE | **$45,405.56** |
|---|---|---|

Accounts not paid within 30 days of the invoice date are subject to a 1.5% monthly finance charge.

Scan Studios
817 Broadway, 4th Floor
New York, NY  10003
(646) 237-4164
accounting@scan-studios.com



# INVOICE

**BILL TO**
A&G Realty Partners
445 Broadhollow Road
Suite 410
Melville, NY  11747

**SHIP TO**
A&G Realty Partners
445 Broadhollow Road
Suite 410
Melville, NY  11747

**INVOICE #** 3075
**DATE** 10/21/2019
**DUE DATE** 10/21/2019
**TERMS** Due on receipt

| DESCRIPTION | AMOUNT |
| --- | --- |

Project: College of New Rochelle
For Sale - Nov 18, 2019

Print Advertising: October 23 - November 6, 2019 + Digital (PHASE 2)

--

**Advertising**                                                                      23,821.60
PRINT BUYS:
- Week 1 -
10/23/19     Wall Street Journal      $3,571.21
10/24/19     Journal News             $562.46  (Includes 2 Weeks of Ads)

- Week 2 -
10/30/19     Wall Street Journal      $3,571.21
10/30/19     Real Estate Weekly       $1,089.90
10/30/19     New York Times           $7,353.13
11/1/19      Jewish Week              $864.73

- Week 3 -
11/6/19      New York Times           $1,838.29

DIGITAL BUYS:
ASUMag.com                    E-Newsletter Banner & Website Banners     $2,470.65
Social Media Campaign         Targeted Ads                              $2,500.00

--

**Production**                                                                        1,786.62
**Advertising**                                                                         477.44
BALANCE REMAINING FROM PHASE 1
Social Media - Video Editing

**BALANCE DUE**          **$26,085.66**

Accounts not paid within 30 days of the invoice date are subject to a 1.5% monthly finance charge.



**communications**
TEL:718-482-1800 | FAX 718-482-1968 | www.cosmoscommunications.com
11-05 44th Drive, Long Island City, NY 11101 | Remit Payment Address: Cosmos Communications Inc, PO Box 150464, Ogden, UT 84415-0464

---

FSC Chain of Custody Certification, RA-COC-002524

AGR300
**A & G REALTY PARTNERS, LLC**
445 BROADHOLLOW ROAD
SUITE 410
MELVILLE, NY 11747
ATTN: ACCOUNTS PAYABLE

✻ Product Type: FSC MIX Where noted
**Invoice Number: 12019I40479**
**Invoice Date: 07/09/2019**
Job Number: 12019J40479
Estimate Number: 12019E63653

Credit Term: 30 days

---

College of New Rochelle Mailer

Print: $883 78

**TOTAL: $883.78**

Postage $1007.10                                              **$1,007.10**

**INVOICE TOTAL: $1,890.88**

**B&J 2019 Business Expense Report Instructions:**

1. Please complete areas in Yellow. (Areas in Grey have built in Formulas for auto-calculation and are for Accounting use.)
2. Supply supporting original receipts, statements and applicable documentation for each expense needed to audit records.
3. Print this on Legal Paper, attach supporting docs, sign the form and give to Accounting.
4. Any questions and suggestions on this form, please contact Mindy Lin 917-867-2881

Payable to: James Cole



## College of New Rochelle Expenses

| Purpose / Description / Address | Date of Expenses | Processing | Accounting | Disbursal | Chicago | B4 Office | Transp/Parking | Travel (except Air) | Meals | Misc. | Subtotal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Data room for Due Diligence Room for New Rochelle Auction | 10/16/2019 | | | | | | | | | 47.36 | |
| Data room for Due Diligence Room for New Rochelle Auction | 11/16/2019 | | | | | | | | | 47.36 | |
| Airfare to NY for auction location inspection | 10/26/2019 | | | | | | 776.60 | | | | |
| Airfare to NY for auction | 11/6/2019 | | | | | | 379.30 | | | | |
| Lyft home from airport | 11/8/2019 | | | | | | | 29.84 | | | |
| Lyft to office | 11/20/2019 | | | | | | | 66.18 | | | |
| Uber | 11/20/2019 | | | | | | | 44.95 | | | |
| Uber to airport from hotel | 11/20/2019 | | | | | | | 31.18 | | | |
| Uber | 11/21/2019 | | 1.16 | | | | | | | | |
| Gas & Shell | 11/21/2019 | | 66.53 | | | | | | | | |
| Mandalay | 11/21/2019 | | 375.20 | | | | | | | | |
| breakfast for auction | 11/21/2019 | | 496.69 | | | | | | | | |
| lunch for auction | 11/21/2019 | | | | | | | | | | |
| AC Hotel Times Square | 11/22/2019 | | | | | | | | | | |
| Hotel | 11/22/2019 | | | | | | | | | | |
| Parker Hotel NY | 11/22/2019 | | 21.01 | | | | | | | | |
| breakfast | 11/22/2019 | | 51.87 | | | | | | | 32.64 | |
| La Chola | 11/22/2019 | | | | | | | | | 57.98 | |
| dinner | 11/1/2019 | | | | | | | | | 52.94 | |
| Uber home from airport | 11/1/2019 | | | | | | | | | 37.87 | |
| Uber to office | 11/1/2019 | | | | | | | | | | |
| Lyft | 11/1/2019 | | | | | | | | | | |
| Uber to airport from hotel | 11/1/2019 | | | | | | | | | | |
| **Subtotal** | | $0.00 | $1,029.72 | $0.00 | $0.00 | $0.00 | $1,105.90 | $353.40 | $0.00 | $94.72 | $573.41 |
| **Reimb Expense Totals** | | $0.00 | $1,029.72 | $0.00 | $0.00 | $0.00 | $1,105.90 | $353.40 | $0.00 | $94.72 | $573.41 |

Mileage Deduction @ 58 cents a mile

**Reimb Expense Totals: $3,157.15**

Accounting Use: Expense Accts

 AT&T 🛜                    12:57 PM                    ⏰ ➤ 82% 🔋

← **Receipt**

## Ole & Steen (W 40th St/6th Ave)
80 West 40th Street | 929-209-1540
Nov 21, 2019 6:07 AM

| | |
|---|---|
| **Breakfast Roll** | **$6.00** |
| *Danish Cured Ham* | |

| | |
|---|---|
| **Americano** | **$4.25** |
| Extra Espresso Shot $0.50 | |

| | |
|---|---|
| **Subtotal** | **$10.25** |
| Tax | $0.91 |

| | |
|---|---|
| **Total** | **$11.16** |
| Apple Pay | |

**VISA**   Charged to Visa - •••• 0334 [$11.16]

Points Earned                                    +253 pts

┌─────────────────────────────────┐
│          Email Receipt          │
└─────────────────────────────────┘

                                
🏠 Home      🔍 Search      ◇ Rewards      My Team      More

LA CHULA
LA GUARDIA AIRPORT

```
Merchant ID   :
Terminal ID   : 1775932
Check No      : 6812
Table No      : 15/1
Server        : 419035 Franches
Name on Card: COTE/JAMES R
Acct Num      : XXXXXXXXXXXX3009
Expiry Date   : **/**
Card Type     : AMEX
Trans Type    : AUTHORIZE
Trans Date    : 11/22/2019
Trans Time    : 8:11 AM
Entry Mode    : Chip
Auth Code     : 857178
Resp Code     : 00
Mode          : Issuer
App Label     : AMERICAN EXPRESS
AID           : A000000025010801
ARC           : 00
TVR           : 0000008000
TSI           : F800
IAD           : 0672010360A002
```

```
00    APPROVED - THANK YOU    000
```

```
SUBTOTAL   : USD$        18.01

Gratuity  :              3-

Total     :             21.01
```

X _____
          Signature
I Agree to pay total amount as
per the Card Issuer Agreement.
CUSTOMER COPY

FUSCO
LA GUARDIA AIRPORT

```
Merchant ID   :
Terminal ID   : 1701939
Check No      : 9086
Table No      : 12/1
Server        : 405333 Saadman
Name on Card: COTE/JAMES R
Acct Num      : XXXXXXXXXXXX3009
Expiry Date   : **/**
Card Type     : AMEX
Trans Type    : AUTHORIZE
Trans Date    : 11/1/2019
Trans Time    : 5:22 PM
Entry Mode    : Chip
Auth Code     : 898478
Resp Code     : 00
Mode          : Issuer
App Label     : AMERICAN EXPRESS
AID           : A000000025010801
ARC           : 00
TVR           : 0000008000
TSI           : F800
IAD           : 0672010360A006
```

```
00    APPROVED - THANK YOU    000
```

```
SUBTOTAL   : USD$        43.97

Gratuity  :

Total     :             51.97
```

X _____
          Signature
I Agree to pay total amount as
per the Card Issuer Agreement.
CUSTOMER COPY

```
TABLE#         : 0
SERVER         : 13008/PM Bartender
CHECK#         : 2566
Trans Time     : 11/21/2019 08:18
TID            : 79569190
Trans Type     : Purchase
AMERICAN EXPRESS: XXXXXXXXXXX3009
Entry Mode     : Chip
CVM            : CFSN
INVOICE        : 000026192z
Response       : APPROVED
Auth Code      : 851539
AID            : A000000025010801
TVR            : 0000008000
IAD            : 0672010360A2002
TSI            : F800
ARC            : Z3

Amount         : USD $55.53

Tip            :

Total          :          61.53

COTE/JAMES R
*** CUSTOMER COPY ***
```

NOODLE BAR

Third Floor
New York, NY 10019
(646) 918-6752
11/21/2019 8:18 PM

Shelley's Kitchen Catering /
Bistro Marketplace 312
312 West 34th Street
New York, NY10001
T. 212-682-8808
C.347-705-4959

# Invoice

Number:    K18741

Date:    11/21/2019

Bill To:

Sonia Chakraverty
Drinker Biddle & Reath LLP
1177 Avenue of the Americas
41st Floor
212-248-3195

Ship To:

Sonia Chakraverty
Drinker Biddle & Reath LLP
1177 Avenue of the Americas
39th floor
212-248-3195

| Ordered By | Day | Time | Charge | | Exp. Date | Code |
|---|---|---|---|---|---|---|
| Sonia | Thursday | 8:15am | Credit Card | | | |

| Description | Quantity | Price Each | Tax | Amount |
|---|---|---|---|---|
| Continental Breakfast | 20.00 | $11.95 | ✔ | $239.00 |
| .Assorted Mini Bagel ,Muffin ,Danishes and Pastries | | | | |
| **Cream Cheese, Butter & Jelly** | | | | |
| .Orange Juice | | | | |
| .Slice Fresh Fruit & Berries | | | | |
| .Regular Coffee | | | | |
| **Milk , Skim and H & H , Sugar and Straws** | | | | |
| Water | 20.00 | $2.25 | ✔ | $45.00 |
| Paper Good | | | | |
| Administrative Charge | | | | $25.00 |
| Gratuity | | | | $45.00 |

| | | |
|---|---|---|
| SubTotal | | $354.00 |
| State Tax 8.87% on $284.00 | | $25.20 |
| Total | | $379.20 |

Please note that an "Administrative Charge" is not a gratuity for the person making delivery but rather a charge which
covers cost such as, but are not limited to parking, preparing, transportation...etc.

Thanks For Your Continued Patronage

Shelley's Kitchen Catering /
Bistro Marketplace 312
312 West 34th Street
New York, NY10001
T. 212-682-8808
C.347-705-4959

# Invoice

Number:    K18742

Date:    11/21/2019

**Bill To:**

Sonia Chakraverty
Drinker Biddle & Reath LLP
1177 Avenue of the Americas
41st Floor
212-248-3195

**Ship To:**

Sonia Chakraverty
Drinker Biddle & Reath LLP
1177 Avenue of the Americas
39th floor
212-248-3195

| Ordered By | Day | Time | Charge | Exp. Date | Code |
|---|---|---|---|---|---|
| Sonia | Thursday | 11:30am | Credit Card | | |

| Description | Quantity | Price Each | Tax | Amount |
|---|---|---|---|---|
| The Deal | 20.00 | $17.45 | ✔ | $349.00 |
| .Assorted sandwiched and Wraps | | | | |
| **Mayo, Mustard and Chipotle Mayo** | | | | |
| .Simple Garden Salad | | | | |
| **Dressing for the Salad** | | | | |
| .Dessert Platter | 10.00 | | | $0.00 |
| .Slice Fresh Fruit & Berries | 10.00 | | | $0.00 |
| Chips ( assorted) | 20.00 | $2.75 | ✔ | $55.00 |
| Paper Good | | | | |
| Administrative Charge | | | | $20.00 |
| Gratuity | | | | $40.00 |

| | | |
|---|---|---|
| SubTotal | | $464.00 |
| State Tax 8.87% on $404.00 | | $35.85 |
| Total | | $499.85 |

Please note that an "Administrative Charge" is not a gratuity for the person making delivery but rather a charge which
covers cost such as, but are not limited to parking, preparing, transportation...etc.

Thanks For Your Continued Patronage

11/25/2019    eTicket Itinerary and Receipt

# Receipt for confirmation number MLM43Q



**Confirmation: MLM43Q**

**Issue Date: November 08, 2019**

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| COTEJR/JAMESR | 0162481168323 | UA-XXXXX137 | 21D/10A/1A |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Wed, 20NOV19 | UA814 | V | CHICAGO, IL (ORD - O'HARE) **6:05 AM** | CLEVELAND, OH (CLE) **8:21 AM** | | |
| Wed, 20NOV19 | UA4001 | V | CLEVELAND, OH (CLE) **9:10 AM** | NEW YORK, NY (LGA - LAGUARDIA) **10:51 AM** | | |
| Fri, 22NOV19 | UA0519 | P | NEW YORK, NY (LGA - LAGUARDIA) **9:00 AM** | CHICAGO, IL (ORD - O'HARE) **10:44 AM** | A-320 | Breakfast |

**FARE INFORMATION**

**Fare Breakdown**

| | | |
|---|---|---|
| Airfare: | 318.13USD | |
| U.S. Transportation Tax: | 23.87 | |
| U.S. Flight Segment Tax: | 12.6 | |
| September 11th Security Fee: | 11.2 | |
| U.S. Passenger Facility Charge: | 13.5 | |
| Per Person Total: | 379.30USD | |

**Form of Payment:**
AMERICAN EXPRESS
Last Four Digits 3009

**eTicket Total:**          **379.30USD**

The airfare you paid on this itinerary totals: 318.13 USD

**The taxes, fees, and surcharges paid total: 61.17 USD**

Fare Rules:

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

| Additional Charges: | Thu., Nov. 21, 2019/American Express 3009 was charged 139 USD for the / EDD 01615491227066 |
|---|---|
| | 139.00 USD for: Premium Cabin Upgrade |
| | Fri., Nov. 8, 2019/American Express 3009 was charged 46 USD for the / EDD 01615465257969 |
| | 46.00 USD for: Economy Plus Seat |

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 11/20/2019 Chicago, IL (ORD - O'Hare) to New York, NY (LGA - LaGuardia) | 30.00 USD | 40.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |
| 11/22/2019 New York, NY (LGA - LaGuardia) to Chicago, IL (ORD - O'Hare) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

The service charges for standard first and second checked bags (within specified size and weight limits) have been waived based on the fare purchased. Changes to the fare type purchased could result in increased baggage service charges.

**MileagePlus Accrual Details**

**IMPORTANT CONSUMER NOTICES**



## Nov 22, 2019, 10:35 AM



● **Pickup** 10:35 AM

47 Access Rd, Chicago

● **Dropoff** 11:00 AM

2195 W Roscoe St, Chicago

| | |
|---|---|
| Lyft fare (13.99mi, 25m 0s) | $19.02 |
| Chicago City & Accessibility Fee | $0.70 |
| City of Chicago Airport, McCormick Place, Nav... | $5.00 |
| Tip | $4.94 |
| Total | $29.66 |

| | |
|---|---|
| **VISA** '7527 | **$29.66** |



AT&T 📶    1:11 PM    🔋 78%

← 

# Trip Details

**11/20/19, 10:35 AM**    **$61.05**

Toyota Camry T771283C    -$5.13

Add to your tip

● 1 Central Terminal Dr. East Elmhurst, NY 11371, USA

■ 70a W 39th St, New York, NY 10018, USA

You rated David    ★ ★ ★ ★ ★

## Need help with this trip?

**Change star rating**    **Switch**

I want to change my driver's rating.    I want to method

Edit rating    Edit pay



← 

## Trip Details

| | |
|---|---|
| 11/22/19, 6:01 AM | $38.96 |
| Honda Accord T740317C | +$5.99 |
| | Add to your tip |

● 146 W 56th St, New York, NY 10019, USA

■ Queens, NY 11371, USA

 You rated Dalloni    ★ ★ ★ ★ ★

## Need help with this trip?

### Switch payment method
I want to switch my payment method for this trip.

Edit payment

### Change
I want to rating.

Edit rat



**11/20/19, 4:22 AM**                                    **$25.99**

Kia Sorento Z981329                                        +$5.19

                                                 Add to your tip

● 2154 W Roscoe St, Chicago, IL 60618, USA

■ Chicago, IL 60666, USA

 **You rated Jose**              ★ ★ ★ ★ ★

## Need help with this trip?

### Change star rating                    Switch

I want to change my driver's              I want to
rating.                                    method

Edit rating                               Edit pay



AT&T 🕭    1:12 PM    🕐 ✈ 78% ▪

← 

# Trip Details

**11/1/19, 7:40 PM**    **$27.20**

Toyota Camry BB84417    · $5.44

Add to your tip

● Chicago, IL 60666, USA

■ 2154 W Roscoe St, Chicago, IL 60618, USA

 You rated Sinar    ★ ★ ★ ★ ★

## Need help with this trip?

### Switch payment method    ### Change

I want to switch my payment    I want to
method for this trip.    rating.

Edit payment    Edit rat



AT&T 🛜        1:13 PM        ⏰ ➤ 78% 🔋

‹        **Nov 01, 2019, 8:12 AM**



● **Pickup**  9:12 AM
    , New York

● **Dropoff**  9:59 AM

102 W 40th St, New York

| | |
|---|---|
| Lyft fare (8.42mi, 46m 34s) | $40.92 |
| Congestion Surcharge | $2.75 |
| New York Sales Tax | $3.63 |
| Black Car Fund Surcharge | $1.02 |
| Tip | $9.66 |

| | |
|---|---|
| Total | $57.98 |

| **VISA** *7527 | **$57.98** |

Find lost item

Get help

 AT&T 🛜                1:12 PM                ⏰ ➚ 78% ▉

‹           **Nov 01, 2019, 2:52 PM**



● **Pickup**  3:52 PM

   1048 6th Ave, New York

● **Dropoff**  4:26 PM

   , New York

---

| | |
|---|---:|
| Lyft fare (8.97mi, 34m 0s) | $37.14 |
| Black Car Fund Surcharge | $0.93 |
| New York Sales Tax | $3.30 |
| Congestion Surcharge | $2.75 |
| Tip | $8.82 |

---

| | |
|---|---:|
| Total | $52.94 |

| | |
|---|---:|
| VISA *7527 | **$52.94** |

Find lost item

Get help



**11/1/19, 4:29 AM**

Toyota RAV4 E715861

**$31.56**

+$6.31

Add to your tip

- 2156 W Roscoe St, Chicago IL 60618, USA
- Chicago, IL 60666, USA

 **You rated Mohammad** ★★★★★

## Need help with this trip?

### Switch payment method

I want to switch my payment
method for this trip.

Edit payment

### Change

I want to
rating.

Edit rat



AC HOTELS BY MARRIOTT®
260 WEST 40TH ST
NEW YORK, NEW YORK 10018
T: 212 398 2700

JAMES COTEJR                                       ROOM: 413
2152 W ROSCOE ST APT 2                             ROOM TYPE: GENR
CHICAGO IL 60618-6973                              NUMBER OF GUESTS: 1
MCI                                                RATE: $305.00      CLERK: RGU

ARRIVE: 20NOV19                                    TIME: 05:18PM
DEPART: 21NOV19                                    TIME: 06:51AM
FOLIO NUMBER: 61929

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 20Nov19 | Room Charge | 305.00 | |
| 20Nov19 | Sales Tax Other Room Tax | 2.00 | |
| 20Nov19 | Occupancy Sales Tax | 17.92 | |
| 20Nov19 | State Occupancy Tax | 27.07 | |
| 20Nov19 | Convention and Tourism Tax | 1.50 | |
| 21Nov19 | American Express | | 353.49 |
| | Card #: | | |
| | AXXXXXXXXXXXXX3009/XXXX | | |
| | Amount:  353.49  Auth: 147854 | | |
| | Signature on File | | |

**Balance:**      0.00

**Marriott Bonvoy Account # XXXXX3811.**  Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to
your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

# PARKER NEW YORK

**Parker New York**
119 W 56th St
New York, NY 10019
Tel: 212-245-5000
Fax:
parkernewyork.com

INVOICE

James Cote
2152 W Roscoe
Unit 1
Chicago, IL 60618
United States
Confirmation No.        4858700501
Group Name

| | |
|---|---|
| Room No. | 2001 |
| Arrival | 2019-11-21 |
| Departure | 2019-11-22 |
| Page No. | 1 of 1 |
| Folio Window | 1 |
| Folio No. | 29330436 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 11-21-2019 | Deposit Transferred at C/I | | | -217.97 |
| 11-21-2019 | Accommodation | | 155.35 | |
| 11-21-2019 | NYC Sales Tax | | 13.79 | |
| 11-21-2019 | NYC Occupancy Tax | | 9.13 | |
| 11-21-2019 | Unit Occupancy Tax | | 2.00 | |
| 11-21-2019 | NYC Javits Occupancy Tax | | 1.50 | |
| 11-21-2019 | Destination Fee | | 33.25 | |
| 11-21-2019 | Destination Fee NYC Sales Tax | | 2.95 | |
| 11-21-2019 | Destination Fee NYC Occupancy Tax | | 1.95 | |
| 11-22-2019 | American Express | XXXXXXXXXXXX3009 | | -1.95 |
| | **Total** | | 219.92 | -219.92 |
| | **Balance** | | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

## World of Hyatt Summary

Membership: XXXXXX668L
Bonus Codes:
Qualifying Nights: 1
Eligible Spend: 155.35
Redemption Eligible: 0.00

Summary Invoice, please see front desk
for eligibility details.

11/25/2019                                        eTicket Itinerary and Receipt

# Receipt for confirmation number MWH3SP

 A STAR ALLIANCE MEMBER ✈                    **Confirmation: MWH3SP**

**Issue Date: October 29, 2019**

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| COTEJR/JAMESR | 0162479611208 | UA-XXXXX137 | 21A/7A |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Fri, 01NOV19 | UA714 | U | CHICAGO, IL (ORD - O'HARE) **6:00 AM** | NEW YORK, NY (LGA - LAGUARDIA) **9:05 AM** | 737-800 | Purchase |
| Fri, 01NOV19 | UA1709 | U | NEW YORK, NY (LGA - LAGUARDIA) **6:05 PM** | CHICAGO, IL (ORD - O'HARE) **7:45 PM** | 737-700 | Purchase |

**FARE INFORMATION**

**Fare Breakdown**

| | |
|---|---|
| Airfare: | 649.30USD |
| U.S. Transportation Tax: | 48.7 |
| U.S. Flight Segment Tax: | 8.4 |
| September 11th Security Fee: | 11.2 |
| U.S. Passenger Facility Charge: | 9 |
| Per Person Total: | 726.60USD |

**eTicket Total:**          **726.60USD**

**Form of Payment:**
AMERICAN EXPRESS
Last Four Digits 3009

The airfare you paid on this itinerary totals: 649.30 USD

**The taxes, fees, and surcharges paid total: 77.30 USD**

Fare Rules:

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

Additional Charges:

Tue., Oct. 29, 2019/American Express 3009 was charged 65 USD for the / EDD 01615444752324
65.00 USD for: Economy Plus Seat

Tue., Oct. 29, 2019/American Express 3009 was charged 79 USD for the / EDD 01615444752317
79.00 USD for: Economy Plus Seat

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 11/1/2019 Chicago, IL (ORD - O'Hare) to New York, NY (LGA - LaGuardia) | 30.00 USD | 40.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |
| 11/1/2019 New York, NY (LGA - LaGuardia) to Chicago, IL (ORD - O'Hare) | 30.00 USD | 40.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |

**MileagePlus Accrual Details**

**IMPORTANT CONSUMER NOTICES**

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,500 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained



# INVOICE

**INV07219864**
**PO Number:** _____

**Sold To:**
*jcote@b6realestate.com*
James Cote

**Bill To:**
*jcote@b6realestate.com*
James Cote
2152 W Roscoe
Unit 1
Chicago Illinois 60618
United States

| | |
|---|---|
| Account Number: | B01298831 |
| Invoice Number: | INV07219864 |
| PO Number: | |
| Invoice Date: | 10/18/2019 |
| Payment Due By: | 10/18/2019 |
| Payment Terms: | Due Upon Receipt |
| Payment Method: | CreditCard |

| Service | Unit Price | Quantity | Subtotal | Tax | TOTAL |
|---|---|---|---|---|---|
| Business Account Licenses<br>*Service Period: 10/18/2019-11/17/2019* | $15.00 | 3 | $45.00 | $2.36 | $47.36 |

| | |
|---|---|
| Invoice Subtotal: | $45.00 |
| Tax: | $2.36 |
| **Total:** | **$47.36** |
| **Balance Due:** | **$0.00** |
| Currency: | USD |

## Payments and Adjustments

| Transaction Date | Transaction Number | Transaction Type | Notes | Applied Amount |
|---|---|---|---|---|
| 10/18/2019 | P-08303467 | Payment | | ($47.36) |
| | | | **Balance Due:** | **$0.00** |

*Please note that failure to pay this invoice by the due date provided may result in suspension of services and the accrual of a late fee as outlined in the Box Service Agreement.*

-------------------------------------------------------------------------------------------------------------------------------

**Payments remitted without reference to relevant invoice number(s) will not be processed and will be returned.**

Need to Update your Credit Card?
Submit new billing information securely
online at: **https://www.box.com/update**
(be sure to login as the Box
administrator)

| | |
|---|---|
| Account Number: | B01298831 |
| Invoice Date: | 10/18/2019 |
| Invoice Number: | INV07219864 |
| Payment Due Date: | 10/18/2019 |
| Total Amount Due: | $0.00 |
| Amount Enclosed: | _____ |

Copy of our W-9: **billing.app.box.com/W-9**

General billing inquiries: **https://community.box.com/**
**For additional billing assistance or to pay by credit card, submit a case by visiting:**
**https://cloud.box.com/SubmitCase** or call us at:
**1-877-729-4269**

Box Inc. | 900 Jefferson Ave, Redwood City, CA 94063



# INVOICE

**INV07317599**
**PO Number:**

**Sold To:**
*jcote@b6realestate.com*
James Cote

| | |
|---|---|
| Account Number: | B01298831 |
| Invoice Number: | INV07317599 |
| PO Number: | |

**Bill To:**
*jcote@b6realestate.com*
James Cote
2152 W Roscoe
Unit 1
Chicago Illinois 60618
United States

| | |
|---|---|
| Invoice Date: | 11/18/2019 |
| Payment Due By: | 11/18/2019 |
| Payment Terms: | Due Upon Receipt |
| Payment Method: | CreditCard |

| Service | Unit Price | Quantity | Subtotal | Tax | TOTAL |
|---|---|---|---|---|---|
| Business Account Licenses<br>*Service Period: 11/18/2019-12/17/2019* | $15.00 | 3 | $45.00 | $2.36 | $47.36 |
| | | | | Invoice Subtotal: | $45.00 |
| | | | | Tax: | $2.36 |
| | | | | Total: | **$47.36** |
| | | | | Balance Due: | **$0.00** |
| | | | | Currency: | USD |

| Payments and Adjustments | | | | |
|---|---|---|---|---|
| **Transaction Date** | **Transaction Number** | **Transaction Type** | **Notes** | **Applied Amount** |
| 11/18/2019 | P-08404824 | Payment | | ($47.36) |
| | | | Balance Due: | $0.00 |

*Please note that failure to pay this invoice by the due date provided may result in suspension of services and the accrual of a late fee as outlined in the Box Service Agreement.*

------------------------------------------------------------------------------------------------

**Payments remitted without reference to relevant invoice number(s) will not be processed and will be returned.**

Need to Update your Credit Card?
Submit new billing information securely
online at: **https://www.box.com/update**
(be sure to login as the Box
administrator)

| | |
|---|---|
| Account Number: | B01298831 |
| Invoice Date: | 11/18/2019 |
| Invoice Number: | INV07317599 |
| Payment Due Date: | 11/18/2019 |
| Total Amount Due: | $0.00 |
| Amount Enclosed: | _____ |

Copy of our W-9: **billing.app.box.com/W-9**

General billing inquiries: **https://community.box.com/**
**For additional billing assistance or to pay by credit card, submit a case by visiting:**
**https://cloud.box.com/SubmitCase or call us at:**
**1-877-729-4269**

Box Inc. | 900 Jefferson Ave, Redwood City, CA 94063