## REVISED TIME ENTRIES

Certain time entries in the First Interim Fee Application of Hogan, Marren, Babbo & Rose Ltd. Have been revised, as attached hereto.

| Date | | Description | |
|---|---|---|---|
| 9/23/2019 | DMC | Receive and review email from M. Podgainy regarding Title III grants. | 0.1 |
| | DMC | Receive and review email from M. Podgainy regarding scheduling a conference call. | 0.1 |
| | DMC | Telephone conference with PVE regarding DOE audit and NSLDS. | 0.3 |
| | | | 0.5 |
| 10/3/2019 | DMC | Emails with B. Pollack regarding notice list at NY Ed. Dept. | 0.2 |
| | DMC | Emails with K. McDonough regarding final audit issues. | 0.2 |
| | DMC | Receive and review email from B. Pollack regarding outstanding invoices pending court approval. | |
| | DMC | Receive and review email from M. O'Donnell regarding unpaid invoices pending court approval | |
| | DMC | Email to K. McDonough regarding recent audit. | 0.1 |
| | DMC | Receive and review email from PVE regarding audit engagement letters. | 0.1 |
| | DMC | Receive and review email from B. Pollack regarding possible conflicts. | 0.1 |
| | DMC | Receive and review email from PVE that DOE does not approve or deny engagement letters. | 0.1 |
| | DMC | Receive and review email from K. McDonough regarding DOE's response to engagement letter. | 0.1 |
| | DMC | Emails with B. Pollack regarding application for an order authorizing retention of HMBR as special regulatory counsel | 0.1 |
| | DMC | Review application. | |
| | | | 1.0 |
| 10/4/2019 | DMC | Telephone conference with K. McDonough regarding DOE audit. | 0.2 |
| | | | 0.2 |
| 10/11/2019 | DMC | Receive and review email from D. Vespia regarding scheduling. | 0.1 |
| | DMC | Receive and review email from D. Vespia regarding CNR December degree process. | 0.1 |
| | DMC | Review CNR December degree process. | |
| | DMC | Receive and review email from D. Vespia requesting a reach-out to V. Tunstall. | |
| | DMC | Receive and review email from D. Donnell regarding reach-out to V. Tunstall. | |

| Date | | Description | |
|---|---|---|---|
| | DMC | Receive and review email from D. Donnell with topics for upcoming telephone conference. | 0.1 |
| | DMC | Receive and review agenda. | |
| | DMC | Receive and review emails from M. O'Donnell regarding scheduling availability. | |
| | DMC | Receive and review email from V. Tunstall regarding scheduling availability. | |
| | DMC | Receive and review emails from D. Vespia regarding conference line difficulties. | |
| | DMC | Receive and review email from D. Vespia with conference call agenda. | 0.1 |
| | DMC | Emails with PEV regarding CNR students covered by Mercy teach out. | |
| | DMC | Receive and review email from D. Donnelly with list of items to be addressed. | 0.1 |
| | DMC | Review list of open items. | |
| | DMC | Receive and review email from PVE regarding CNR teach out student list. | |
| | DMC | Receive and review email from D. Vespia regarding student records retention at Mercy. | 0.1 |
| | DMC | Telephone conference with K. McDonough regarding CNR degree conferral. | 0.5 |
| | DMC | Conference call with V. Despia regarding CNR records. | 0.8 |
| | | | 1.9 |
| 10/16/2019 | DMC | Receive and review email from PVE regarding inquiry of number of CNR students covered by the Mercy teach out. | 0.1 |
| | DMC | Receive and review email from K. Bowes regarding scheduling. | 0.1 |
| | DMC | Receive and review email from PVE regarding scheduling. | 0.1 |
| | DMC | Receive and review email from M. McGrail regarding scheduling. | 0.1 |
| | DMC | Email to PVE, M. McGrail and K. Bowes scheduling conference call for 10/17. | 0.1 |
| | DMC | Conference call with B. Pollack regarding engagement letter and retention. | 0.3 |
| | | | 0.8 |
| 10/24/2019 | DMC | Receive and review email from D. Vespia regarding scheduling. | 0.1 |
| | DMC | Email to D. Vespia regarding scheduling conference call. | 0.1 |
| | | | 0.2 |
| 10/29/2019 | DMC | Receive and review email from K. Bowes regarding audit. | 0.1 |
| | DMC | Receive and review email from M. Podgainy regarding issues to be addressed. | 0.1 |
| | DMC | Emails with M. Podgainy regarding scheduling and EZ-Audit. | 0.1 |
| | DMC | Emails with M. Podgainy regarding scheduling. | |

| | | |
|---|---|---|
| DMC | Receive and review email from D. Vespia regarding scheduling. | |
| DMC | Receive and review email from M. Podgainy regarding scheduling. | 0.1 |
| DMC | Receive and review email from PVE regarding close out audit. | 0.1 |
| DMC | Receive and review email from M. O'Donnell regarding close out audit. | |
| DMC | Emails with K. Bowes regarding scheduling. | |
| DMC | Receive and review email from L. Templeman regarding end date. | 0.1 |
| DMC | Receive and review email from V. Tunstall regarding status of Perkins Closeout. | 0.1 |
| DMC | Receive and review email from PVE regarding EZ-Audit information. | 0.1 |
| DMC | Receive and review email from M. Podgainy regarding the Perkins Closeout. | 0.1 |
| DMC | Receive and review email from PVE regarding lists of transferees. | 0.1 |
| DMC | Receive and review email from D. Vespia regarding meeting/conference call. | 1.2 |
| DMC | Conference call with D. Vespia regarding transcripts and records. | 2.2 |

| 10/31/2019 | | | |
|---|---|---|---|
| | DMC | Conference call with K. McDonough and M. Schoell regarding AUP submission. | 0.5 |
| | DMC | Receive and review email from M. O'Donnell regarding close out audit. | |
| | DMC | Emails with M. Sullivan regarding close out audit and scheduling. | 0.1 |
| | DMC | Emails with D. Vespia regarding summary of 10/29/2019 meeting. | |
| | DMC | Receive and review email from P. Dombrowski regarding final AUP. | |
| | DMC | Receive and review email from M. Sullivan with final AUP. | |
| | DMC | Receive and review email from M. Sullivan regarding scheduling. | |
| | DMC | Receive and review email from L. Sweney regarding scheduling. | |
| | DMC | Receive and review email from K. McDonough regarding filing AUP with DOE. | |
| | DMC | Receive and review email from L. Sweney regarding filing AUP with DOE. | |
| | DMC | Receive and review email from M. O'Donnell requesting an introduction and synopsis for submission. | 0.1 |
| | DMC | Receive and review email from M. Sullivan suggesting college submit filing. | |
| | DMC | Receive and review email from K. McDonough with suggested email language for filing AUP. | 0.1 |
| | DMC | Receive and review email from M. O'Donnell to DOE filing AUP submission along with accountant's correspondence. | 0.1 |
| | | | 0.9 |

| Date | | Description | |
|---|---|---|---|
| 11/13/2019 | DMC | Receive and review emails from V. Tunstall with list of CNR graduates and procedures for academic issues through 12/31/2019. | 0.1 |
| | DMC | Conference call with V. Tunstall regarding CNR graduation. | 0.6 |
| | | | 0.7 |
| 11/15/2019 | DMC | Receive and review email from D. Donnelly regarding teach out partners concerning deadline for CNR degree conferral. | 0.1 |
| | DMC | Receive and review email from D. Vespia regarding contacting teach out partners concerning deadline for CNR degree conferral. | 0.1 |
| 11/18/2019 | DMC | Receive and review email from M. Podgainy regarding letter to teachout partners. | 0.1 |
| | DMC | Email to M. Podgainy with suggested revisions to letter. | 0.1 |
| | DMC | Email to M. Podgainy requesting list of addressees, including title, addresses and email addresses. | 0.1 |
| | DMC | Receive and review email from M. Podgainy advising he does not have a list of teachout partners' mail/email information. | 0.1 |
| | DMC | Email to M. Podgainy regarding status of final letter. | 0.1 |
| | DMC | Receive and review email from M. Podgainy with final letter. | 0.1 |
| | DMC | Email to M. Podgainy requesting list of the 17 schools where the letter is to be sent. | 0.1 |
| | DMC | Receive and review list of schools. | 0.1 |
| | | | 0.8 |
| 11/19/2019 | DMC | Receive and review email from M. Podgainy regarding status of letters to CNR's teach out partners. | 0.1 |
| | DMC | Receive and review email from D. Donnelly regarding list of teach out partners. | 0.1 |
| | DMC | Receive and review email from M. Podgainy with CNR letterhead for letters to teach out partners. | 0.1 |
| | DMC | Receive and review email from M. Podgainy regarding electronic signature for letters. | 0.1 |
| | DMC | Receive and review email from M. Podgainy regarding status of letter template. | 0.1 |
| | DMC | Receive and review email from M. Podgainy with finalized letter template. | 0.1 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| | DMC | Review letter. | 0.1 |
| | | | 0.7 |
| | JMH | On-line research compiling names, addresses and email addresses for teach out partners. | 1.5 |
| | JMH | Finalize letters on letterhead to teach out partners. | 0.7 |
| | JMH | Scan and email letters to DMC and to M. Podgainy for electronic signature. | 0.3 |
| | | | 2.5 |
| 11/26/2019 | LTN | Telephone calls to provosts regarding deadline for CNR degree conferral. | 1.8 |
| 12/4/2019 | DMC | Receive and review email from D. Donnelly regarding updated information on the December CNR graduation. | 0.1 |
| | DMC | Receive and review updated list. | 0.1 |
| | DMC | Telephone conference with M. McGrail regarding CNR graduation, degree conferral and data pull items. | 0.7 |
| | DMC | Receive and review email from PVE regarding audit. | |
| | DMC | Receive and review email from D. Donnelly regarding audit. | |
| | DMC | Receive and review email from M. Schoell regarding audit. | |
| | DMC | Receive and review email from PVE regarding agreed-upon date of 12/13/2019 to provide updated information regarding audit. | |
| | DMC | Receive and review email from M. O'Donnell regarding agreed-upon date of 12/13/2019. | |
| | DMC | Receive and review email from PVE advising Fanny supervisor C. Curry requesting submission date of 12/6/2019. | 0.1 |
| | | | 1.0 |
| 12/5/2019 | DMC | Receive and review email from K. McDonough regarding new deadline for submission of audit information. | |
| | DMC | Receive and review email from M. O'Donnell with addition information for audit. | |
| | DMC | Receive and review email from M. Sullivan advising the submission will be made on 12/6/2019. | |
| | DMC | Receive and review email from M. O'Donnell to determine if a new representation letter is needed. | |

| | | | |
|---|---|---|---|
| | DMC | Receive and review email from M. Schoell with draft report and with new representation letter. | |
| | DMC | Review draft report and letter. | 0.1 |
| | DMC | Conference call regarding report and letter. | 1.0 |
| | DMC | Receive and review email from M. O'Donnell requesting comments from all regarding the draft report. | |
| | DMC | Receive and review email from V. Tunstall with his approval. | |
| | DMC | Receive and review email from PVE with additional information concerning the unofficial withdrawal issue in report. | |
| | DMC | Receive and review email from M. Schoell advising from an auditing perspective, he believes their procedures adequately cover the issue. | |
| | DMC | Receive and review email from PVE recommending the report include the school's policy for identifying unofficial drops. | 0.1 |
| | | | 1.2 |
| 12/6/2019 | DMC | Receive and review email from V. Tunstall regarding audit. | 0.1 |
| | DMC | Receive and review email from M. Schoell regarding audit. | 0.1 |
| | DMC | Receive and review email from M. O'Donnell regarding audit. | 0.1 |
| | DMC | Receive and review email from PVE with original issued report and the issued addendum. | 0.1 |
| | DMC | CNR Board of Trustees teleconference meeting. | 1.2 |
| | | | 1.6 |
| 12/8/2019 | DMC | Receive and review email from B. Pollack inquiring if CNR general bequests need to be turned over to the AG. | 0.1 |
| | | | 0.1 |
| 12/9/2019 | DMC | Receive and review email from K. McDonough regarding general bequests to CNR. | 0.2 |
| | DMC | Receive and review email from B. Pollack regarding recent bequests received by CNR. | 0.1 |
| | | | 0.3 |

| Date | | Description | Hours |
|---|---|---|---|
| 12/10/2019 | DMC | Receive and review email from D. Donnelly to determine what, if anything, needs to be done with NYSED regarding return or close out of charter. | 0.1 |
| | DMC | Email to D. Donnelly advising will check with L. Templeman. | 0.1 |
| | DMC | Receive and review email from D. Donnelly with updated December CNR graduation list. | 0.1 |
| | DMC | Receive and review email from A. Lewis regarding student's request to met regarding graduation options. | 0.1 |
| | DMC | Receive and review email from D. Donnelly advising student has been added as a candidate for BOT approval. | 0.1 |
| | | | 0.5 |
| 12/11/2019 | DMC | Email to K. McDonough regarding status update to and obtaining guidance related to CNR degree conferrals from NYSED and MSCHE. | 0.1 |
| | DMC | Email to K. McDonough regarding correct call-in number for today's Board meeting. | 0.1 |
| | DMC | Receive and review email from K. McDonough with requested information for Board meeting. | 0.1 |
| | | | 0.3 |
| 12/11/2019 | DMC | Telephone conference with M. Podgainy regarding status update to and obtaining guidance related to CNR degree conferrals from NYSED and MSCHE. | 0.5 |
| 12/13/2019 | DMC | Email to PVE, V. Tunstall and E. Keough to schedule conference call. | 0.1 |
| | DMC | Receive and review email from V. Tunstall regarding scheduling a conference call. | 0.1 |
| | DMC | Receive and review email from PVE regarding availability. | 0.1 |
| | DMC | Receive and review email from V. Tunstall requesting conference call be scheduled for the 12/15. | 0.1 |
| | | | 0.4 |
| 12/17/2019 | DMC | Receive and review email from D. Vespia regarding an unofficial transcript so that CNR can confer a degree. | 0.1 |
| | DMC | Receive and review email from D. Donnelly who advised that he will look into the matter. | 0.1 |

| Date | | Description | |
|---|---|---|---|
| | DMC | Receive and review email from M. McGrail who advised Mercy is still working with the student exploring other options. | 0.1 |
| | | | 0.3 |
| 12/18/2019 | DMC | Telephone conference with D. Donnelly regarding December CNR degree conferral. | 1.7 |
| | DMC | Receive and review email from V. Tunstall regarding an unofficial transcript for a particular student. | 0.1 |
| | DMC | Emails to PVE requesting her follow-up to time-sensitive student issue. | 0.1 |
| | DMC | Receive and review email rom PVE requesting further clarification of issue. | 0.1 |
| | DMC | Receive and review email from K. Bowes requesting all communications to DOE on behalf of time-sensitive student issue be sent from CNR. | 0.1 |
| | DMC | Email to K. Bowes acknowledging her request. | 0.1 |
| | | | 2.2 |
| 12/19/2019 | DMC | Receive and review email from PVE regarding aid for transfer student. | 0.2 |
| | DMC | Email to PVE advising Mercy saying not eligible for aid because not enrolled in degree program. | 0.1 |
| | | | 0.3 |
| 12/23/2019 | DMC | Receive and review email from K. McDonough requesting HMBR advise L. Templeman of timeframe with respect to bankruptcy. | 0.1 |
| | | | 0.1 |